Form CGFI14   (2/02/07)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division:   Fort Lauderdale**

**Case Number:**   05–22912–RBR

**Adversary Number:**   07–01336–RBR

In re:

**Name of Debtor(s):**   Certified HR Services Company

─────────────────────────────────────── /

**James S Feltman**

Plaintiff(s)

**VS.**

**Prairie Capital**

Defendant(s)
───────────────────────────────────────/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

> CLERK
> USBC
> SDFL
> FILED
> 5/9/07

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 25 days (as shortened by Local Rule 7012–1) after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**United States Bankruptcy Court**
**Federal Building**
**299 E Broward Blvd, Room 112**
**Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney. Pursuant to BR 7007.1, corporate defendants must file a corporate ownership statement.

Name and Address of Plaintiff's Attorney
Paul J. Battista Esq
100 SE 2 St #4400
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

*Page 1 of 2*

## PRETRIAL CONFERENCE INFORMATION:

Date: **July 24, 2007**

Time: **09:30 AM**

Location: **U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301**

## TRIAL INFORMATION:

## THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: Jose Santana
    Deputy Clerk

Dated: May 9, 2007

*Page 2 of 2*