

**ORDERED in the Southern District of Florida on May 29, 2007.**

_____
**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re
CERTIFIED HR SERVICES COMPANY                  CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.                     CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11                   ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

Defendant.
_____/

**ORDER ON CHAPTER 11 TRUSTEE'S *EX PARTE* MOTION**
**(A) FOR ENLARGEMENT OF TIME TO SERVE SUMMONS AND**
**COMPLAINT AND (B) TO SCHEDULE PRETRIAL CONFERENCE**

This matter came before the Court upon the Chapter 11 Trustee's *Ex Parte* Motion (A)

for Enlargement of Time to Serve Summons and Complaint and (B) to Schedule Pretrial

Conference (the "Motion") and the Court having reviewed the Motion, been fully advised in the premises, and found good cause to grant the relief requested therein, it is

ORDERED as follows:

1. The Motion is Granted.

2. The Chapter 11 Trustee is granted an extension of time, through and including August 16, 2007, to serve the summons and complaint on the defendant in the above-referenced adversary case.

3. The pre-trial conference is continued and rescheduled to November 06, 2007 at 9:30 am, in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

###

Submitted by:

Genovese Joblove & Battista, P.A.
Attorneys for the Chapter 11 Trustee
Bank of America Tower
100 S. E. Second Street, Suite 4400
Miami, Florida 33131
Telephone: (305) 349-2300
Facsimile: (305) 349-2310
Email: hyonke@gjb-law.com

Copy furnished to:

*Heather L. Yonke, Esq., who is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service with the Court.*