

**ORDERED in the Southern District of Florida on May 29, 2007.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY                    CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.                                   CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11                       ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

　　Defendant.
_____/

### ORDER ON CHAPTER 11 TRUSTEE'S *EX PARTE* MOTION
### (A) FOR ENLARGEMENT OF TIME TO SERVE SUMMONS AND
### COMPLAINT AND (B) TO SCHEDULE PRETRIAL CONFERENCE

　　This matter came before the Court upon the Chapter 11 Trustee's *Ex Parte* Motion (A)

for Enlargement of Time to Serve Summons and Complaint and (B) to Schedule Pretrial

Conference (the "Motion") and the Court having reviewed the Motion, been fully advised in the premises, and found good cause to grant the relief requested therein, it is

ORDERED as follows:

1.    The Motion is Granted.

2.    The Chapter 11 Trustee is granted an extension of time, through and including August 16, 2007, to serve the summons and complaint on the defendant in the above-referenced adversary case.

3.    The pre-trial conference is continued and rescheduled to November 06, 2007 at 9:30 am, in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, FL  33301.

### 

Submitted by:

Genovese Joblove & Battista, P.A.
Attorneys for the Chapter 11 Trustee
Bank of America Tower
100 S. E. Second Street, Suite 4400
Miami, Florida 33131
Telephone:  (305) 349-2300
Facsimile:   (305) 349-2310
Email:        hyonke@gjb-law.com

Copy furnished to:

*Heather L. Yonke, Esq., who is directed to serve a conformed copy of this Order on all parties in interest and file a certificate of service with the Court.*

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113C-0          User: weldonm          Page 1 of 1               Date Rcvd: May 30, 2007
Case: 07-01336               Form ID: pdf004         Total Served: 2
```

```
The following entities were served by first class mail on Jun 01, 2007.
ust          +Felicia S. Turner,   51 SW 1 Ave #1204,   Miami, Fl 33130-1614
ust          +Office of the US Trustee,   51 S.W. 1st Ave.,   Ste. 1204,   Miami, FL 33130-1614
```

```
The following entities were served by electronic transmission.
NONE.                                                                         TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 01, 2007                    Signature:     *Joseph Speetjens*