UNITED STATES BANKRUPTCY COURT
**Southern District of Florida**
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| CERTIFIED HR SERVICES COMPANY<br>f/k/a The CURA Group, Inc., | CASE NO. 05-22912-BKC-RBR<br>CHAPTER 11 |
|      Debtor     / | |
| James S. Feltman, Chapter 11 Trustee<br>Trustee of Certified HR Services<br>Company f/k/a The CURA Group, Inc. | Adv. Pro. No.: 07-1336-BKC-RBR-A |
|      Plaintiff | ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADV. & BANKRUPTCY CASE NUMBERS |
| v. | |
| PRAIRIE CAPITAL, | |
|      Defendant     / | |

## CERTIFICATE OF SERVICE

     I, __Heather L. Yonke, Esq.__, certify that I am and at all times during the service of process was not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons, order setting filing and disclosure requirements for pretrial and trial and a copy of the complaint was made __8/16/07__ by regular, first class United States mail, postage fully pre-paid, addressed to:

        PRAIRIE CAPITAL
        Attn: President and/or CEO
        191 N. Wacker Drive
        Suite 800
        Chicago, IL 60606

     Under penalty of perjury, I declare that the foregoing to true and correct.

| | |
|---|---|
| __8/16/07__ | /s/ Heather L. Yonke, Esq. |
| Date | Signature |

| | |
|---|---|
| Print Name | Heather L. Yonke, Esq. FBN 013192 |
| Business Address | **Genovese Joblove & Battista, P.A.**<br>100 SE 2nd Street, Suite 4400 |
| City **Miami** | State **FL**     Zip **33131** |