UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 11

CERTIFIED HR SERVICES COMPANY              Case No. 05-22912-BKC-RBR
f/k/a THE CURA GROUP, INC.,

     Debtor.
_____/

JAMES S. FELTMAN, Chapter 11                       Adv. No. 07-ap-1336-RBR
Trustee of CERTIFIED HR SERVICES
COMPANY f/k/a THE CURA GROUP,
INC. AND CERTIFIED SERVICES, INC.,

     Plaintiff,

vs.

PRAIRIE CAPITAL,

     Defendant.
_____/

**NOTICE OF APPEARANCE AND DEMAND**
**FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

PLEASE TAKE NOTICE THAT:

     Berger Singerman, P.A., as co-counsel for Prairie Capital Mezzanine Fund, LP, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C. §1109(b) and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the Clerk place counsel listed below in the matrix and list of creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be served upon the undersigned attorneys at the following address:

857784-1

|  |  |
|---|---|
| **Jordi Guso, Esq.** | **Douglas M. Poland, Esq.** |
| **Berger Singerman, P.A.** | **Christopher Stroebel, Esq.** |
| **200 South Biscayne Boulevard** | **Godfrey & Kahn, S.C.** |
| **Suite 1000** | **One East Main Street, Suite 500** |
| **Miami, Florida 33131** | **P.O. Box 2719** |
| **Telephone: (305) 755-9500** | **Madison, WI 57301-2719** |
| **Fax: (305) 714-4340** | **Telephone: (608) 257-3911** |
| **jguso@bergersingerman.com** | **Fax: (608) 257-0609** |

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. § 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, Notice of Appearance and Demand for Service of Pleadings and Other Papers, was served via first class mail, postage prepaid, upon Heather Yonke, Esq., Paul J. Battista, Esq, counsel for James S. Feltman, Chapter 11 Trustee, 100 SE 2 Street, Suite 4400, Miami, FL 33131 this 28th day of September, 2007.

Dated: September 28, 2007            Respectfully submitted,

BERGER SINGERMAN
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340


By:    /s/ Jordi Guso
       Jordi Guso
       Florida Bar No. 863580
       jguso@bergersingerman.com

857784-1