

# PROMISSORY NOTE

"Principal Amount"         Loan Date            "Maturity Date"
$4,339,700                 8-31-2002            2-1-2003

"Borrower:"  BACE International Corporation   "Payee"   Prairie Capital Mezzanine Fund, L.P.
             6000 Fairview Road, Suite 1500             c/o Stephen V. King
             Charlotte, NC 28210                        300 S. Wacker, Suite 2400
                                                        Chicago, IL 60606

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the Pledge Agreement dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
    William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

Prairie Capital Mezzanine Fund, L.P.
By: Daniels & King Capital, L.L.C.
Its General Partner

By: _____
    Stephen V. King, Managing Member

BACE 00993

# PROMISSORY NOTE

"Principal Amount"      Loan Date           "Maturity Date"
$31,496                 8-31-2002           2-1-2003

"Borrower"  BACE International Corporation   "Payee"   Sidney Echols
            6000 Fairview Road, Suite 1500             c/o Randy Keene
            Charlotte, NC 28210                        1660 Chase Texas Tower
                                                       201 Main Street
                                                       Fort Worth, TX 76102

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the Pledge Agreement dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: _____ <br> William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED: |
| ATTEST: | By: _____ <br> R.J. Phillips, Jr., Limited Power of Attorney for Sidney Echols |
| _____ <br> Anna K. Baumgardner, Asst. Secretary | |
| [Corporate Seal] | |

BACE 00994

# PROMISSORY NOTE

"Principal Amount"         Loan Date              "Maturity Date"
$43,268                    8-31-2002              2-1-2003

"Borrower"  BACE International Corporation    "Payee"   Steven C. Mills
            6000 Fairview Road, Suite 1500              American Staff Resources
            Charlotte, NC 28210                         2100 McKinney Ave., Suite 1700
                                                        Dallas, TX 75201

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the Pledge Agreement dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: _____<br>William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED: |
| ATTEST:<br><br>_____<br>Anna K. Baumgardner, Asst. Secretary<br><br>[Corporate Seal] | By: _____<br>R.J. Phillips, Jr., Limited Power of Attorney for Steven C. Mills |

BACE 00995

# PROMISSORY NOTE

"Principal Amount"          Loan Date              "Maturity Date"
$3,780                      8-31-2002              2-1-2003

"Borrower"  BACE International Corporation   "Payee"   Tom Houk
            6000 Fairview Road, Suite 1500             American Staff Resources
            Charlotte, NC 28210                        2100 McKinney Ave., Suite 1700
                                                       Dallas, TX 75201

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the Pledge Agreement dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: _____<br>William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED: |
| ATTEST: | By: _____<br>R.J. Phillips, Jr., Limited Power of<br>Attorney for Tom Houk |
| _____<br>Anna K. Baumgardner, Asst. Secretary | |
| [Corporate Seal] | |

BACE 00996

# PROMISSORY NOTE

"Principal Amount"          Loan Date              "Maturity Date"
$316,833                    8-31-2002              2-1-2003

"Borrower"  BACE International Corporation    "Payee"    Eighty Twenty Eight Trust
            6000 Fairview Road, Suite 1500               R.J. Phillips, Jr., Trustee
            Charlotte, NC 28210                          P.O. Box 470099
                                                         Fort Worth, TX 76147

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the Pledge Agreement dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: _____ William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED: |
| ATTEST: _____ Anna K. Baumgardner, Asst. Secretary | By: _____ R.J. Phillips, Jr., Trustee |
| [Corporate Seal] | |

BACE 00997

# PROMISSORY NOTE

"Principal Amount"         Loan Date              "Maturity Date"
$96,324                    8-31-2002              2-1-2003

"Borrower:"  BACE International Corporation   "Payee"   Jennifer W. Steans
             6000 Fairview Road, Suite 1500             c/o Stephen V. King
             Charlotte, NC 28210                        300 S. Wacker, Suite 2400
                                                        Chicago, IL 60606

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: _____<br>William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED:<br><br>By: _____<br>Stephen V. King, Limited Power of<br>Attorney for Jennifer W. Steans |
| ATTEST:<br><br>_____<br>Anna K. Baumgardner, Asst. Secretary<br><br>[Corporate Seal] | |

BACE 00998

# PROMISSORY NOTE

"Principal Amount"      Loan Date            "Maturity Date"
$96,324                 8-31-2002            2-1-2003

"Borrower"  BACE International Corporation    "Payee"   Adeline S. Morrison
            6000 Fairview Road, Suite 1500              c/o Stephen V. King
            Charlotte, NC 28210                         300 S. Wacker, Suite 2400
                                                        Chicago, IL  60606

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
    William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: _____
Stephen V. King, Limited Power of
Attorney for Adeline S. Morrison

BACE 00999

# PROMISSORY NOTE

"Principal Amount"         Loan Date              "Maturity Date"
$96,324                    8-31-2002              2-1-2003

"Borrower"  BACE International Corporation    "Payee"   Estate of Richard D. Michaels
            6000 Fairview Road, Suite 1500              c/o Stephen V. King
            Charlotte, NC 28210                         300 S. Wacker, Suite 2400
                                                        Chicago, IL 60606

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its ~~authorized corporate officer, all by order of its~~ Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
    William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: _____
Stephen V. King, for Estate of Richard
D. Michaels    *Limited Power of Attorney*

BACE 01000

# PROMISSORY NOTE

"Principal Amount"          Loan Date               "Maturity Date"
$337,462                    8-31-2002               2-1-2003

"Borrower"  BACE International Corporation    "Payee"  Thomas P. Hunter, III
            6000 Fairview Road, Suite 1500             c/o Stephen V. King
            Charlotte, NC 28210                        300 S. Wacker, Suite 2400
                                                       Chicago, IL 60606

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its ~~authorized corporate officer, all by order of its~~ Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: *[signature]* <br> William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED: <br><br> By: *[signature]* Stephen V. King <br> Stephen V. King, Limited Power of Attorney for Thomas P. Hunter, III |
| ATTEST: <br> *[signature]* <br> Anna K. Baumgardner, Asst. Secretary <br> [Corporate Seal] | |

BACE 01001

# PROMISSORY NOTE

"Principal Amount"       Loan Date      "Maturity Date"
$337,462      8-31-2002      2-1-2003

"Borrower"  BACE International Corporation    "Payee"    George P. Bauer
6000 Fairview Road, Suite 1500      c/o Stephen V. King
Charlotte, NC 28210      300 S. Wacker, Suite 2400
     Chicago, IL 60606

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: _____
Stephen V. King, Limited Power of Attorney for George P. Bauer

BACE 01002

# PROMISSORY NOTE

| "Principal Amount" | Loan Date | "Maturity Date" |
|---|---|---|
| $482,058 | 8-31-2002 | 2-1-2003 |

"Borrower"  BACE International Corporation     "Payee"   Harrison I. Steans
            6000 Fairview Road, Suite 1500               c/o Stephen V. King
            Charlotte, NC 28210                          300 S. Wacker, Suite 2400
                                                         Chicago, IL 60606

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the Pledge Agreement ~~Assignment of Collateral~~ dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
    William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: _____
Stephen V. King, Limited Power of Attorney for Harrison I. Steans

BACE 01003

# PROMISSORY NOTE

"Principal Amount"      Loan Date           "Maturity Date"
$867,791                8-31-2002           2-1-2003

"Borrower"  BACE International Corporation   "Payee"   Remount Capital, LLC
            6000 Fairview Road, Suite 1500             c/o Stephen V. King
            Charlotte, NC 28210                        300 S. Wacker, Suite 2400
                                                       Chicago, IL 60606

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
    William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: _____
    Stephen V. King, for Remount Capital, LLC
    *Limited Power of Attorney*

BACE 01004

# PROMISSORY NOTE

"Principal Amount"  Loan Date           "Maturity Date"
$25,197          8-31-2002           2-1-2003

"Borrower"  BACE International Corporation  "Payee"  Resources Trust Company
            6000 Fairview Road, Suite 1500           TTEE FBO: IRA
            Charlotte, NC 28210                      Raymond H. Kingsbury DTD: 5-29-98
                                                     c/o Randy Keene
                                                     1660 Chase Texas Tower
                                                     201 Main Street
                                                     Fort Worth, TX 76102

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
    William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: _____
Timothy McKibben for Resources
Trust Company TTEE FBO: IRA
Raymond H. Kingsbury DTD: 5-29-98

BACE 01005

# PROMISSORY NOTE

"Principal Amount"         Loan Date              "Maturity Date"
$900,782                   8-31-2002              2-1-2003

"Borrower"  BACE International Corporation    "Payee"   Ancor Holdings, L.P.
            6000 Fairview Road, Suite 1500              c/o Randy Keene
            Charlotte, NC 28210                         1660 Chase Texas Tower
                                                        201 Main Street
                                                        Fort Worth, TX 76102

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: _[signature]_<br>William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED:<br>Ancor Holdings, LP<br>By: Ancor Partners, Inc.,<br>its General Partner |
| ATTEST:<br>_[signature]_<br>Anna K. Baumgardner, Asst. Secretary<br>[Corporate Seal] | By: _[signature]_<br>Timothy McKibben, Chairman |

BACE 01006

# PROMISSORY NOTE

| "Principal Amount" | Loan Date | "Maturity Date" |
|---|---|---|
| $3,780 | 8-31-2002 | 2-1-2003 |

"Borrower" BACE International Corporation   "Payee"   Kyle C. Mann
6000 Fairview Road, Suite 1500                      American Staff Resources
Charlotte, NC 28210                                  2100 McKinney Ave., Suite 1700
                                                     Dallas, TX 75201

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* [handwritten] dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: /s/ William L. Baumgardner, Jr.
William L. Baumgardner, Jr., President

ATTEST:

/s/ Anna Baumgardner
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: /s/ R.J. Phillips, Jr.
R.J. Phillips, Jr., Limited Power of Attorney for Kyle C. Mann

BACE 01007

# PROMISSORY NOTE

"Principal Amount"  Loan Date  "Maturity Date"
$3,780             8-31-2002  2-1-2003

"Borrower"  BACE International Corporation   "Payee"  Cathey Wilson
            6000 Fairview Road, Suite 1500            American Staff Resources
            Charlotte, NC 28210                       2100 McKinney Ave., Suite 1700
                                                      Dallas, TX 75201

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: _____<br>William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED: |
| ATTEST: | By: _____<br>R.J. Phillips, Jr., Limited Power of Attorney for Cathey Wilson |
| _____<br>Anna K. Baumgardner, Asst. Secretary | |
| [Corporate Seal] | |

BACE 01008

# PROMISSORY NOTE

| "Principal Amount" | Loan Date | "Maturity Date" |
|---|---|---|
| $3,780 | 8-31-2002 | 2-1-2003 |

"Borrower"  BACE International Corporation    "Payee"   Larry Flint
6000 Fairview Road, Suite 1500                          American Staff Resources
Charlotte, NC 28210                                     2100 McKinney Ave., Suite 1700
                                                        Dallas, TX 75201

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: _____
R.J. Phillips, Jr., Limited Power of Attorney for Larry Flint

BACE 01009

# PROMISSORY NOTE

"Principal Amount"     Loan Date        "Maturity Date"
$3,780                 8-31-2002        2-1-2003

"Borrower:"  BACE International Corporation   "Payee"  Debbie Wheat
             6000 Fairview Road, Suite 1500            American Staff Resources
             Charlotte, NC 28210                       2100 McKinney Ave., Suite 1700
                                                      Dallas, TX 75201

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

BACE International Corporation

By: _____
William L. Baumgardner, Jr., President

ATTEST:

_____
Anna K. Baumgardner, Asst. Secretary

[Corporate Seal]

RECEIVED and ACCEPTED:

By: _____
R.J. Phillips, Jr., Limited Power of Attorney for Debbie Wheat

BACE 01010

# PROMISSORY NOTE

"Principal Amount"      Loan Date     "Maturity Date"
$3,780     8-31-2002     2-1-2003

"Borrower:"   BACE International Corporation    "Payee"   Judy Renfrow
6000 Fairview Road, Suite 1500                    American Staff Resources
Charlotte, NC 28210                                  2100 McKinney Ave., Suite 1700
                                                                            Dallas, TX 75201

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: _____ <br> William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED: <br><br> By: _____ <br> R.J. Phillips, Jr., Limited Power of Attorney for Judy Renfrow |
| ATTEST: <br><br> _____ <br> Anna K. Baumgardner, Asst. Secretary <br><br> [Corporate Seal] | |

BACE 01011

# PROMISSORY NOTE

"Principal Amount"          Loan Date              "Maturity Date"
$6,299                      8-31-2002              2-1-2003

"Borrower:"  BACE International Corporation    "Payee"   Mitchell Green
             6000 Fairview Road, Suite 1500              c/o Randy Keene
             Charlotte, NC 28210                         1660 Chase Texas Tower
                                                         201 Main Street
                                                         Fort Worth, TX 76102

FOR VALUE RECEIVED the undersigned promises to pay or order, the Principal Amount less the amount of Payee's pro rata share of any and all breaches of that certain Stock Purchase Agreement dated as of August 31, 2002.

This Note shall bear simple interest in the amount of 6.5% per annum and shall be due and payable in lawful money of the United States of America at the Maturity Date. This Note may be prepaid in full or in part at any time without penalty or premium.

The collateral described in the ~~Assignment of Collateral~~ *Pledge Agreement* dated of even date secures this Note.

This Note is to be governed and construed in accordance with the laws of the State of North Carolina.

IN TESTIMONY WHEREOF, each corporate maker has caused this instrument to be executed in its corporate name by its authorized corporate officer, all by order of its Board of Directors first duly given the day and year first above written.

| BACE International Corporation | |
|---|---|
| By: *[signature]* <br> William L. Baumgardner, Jr., President | RECEIVED and ACCEPTED: |
| ATTEST: <br> *[signature]* <br> Anna K. Baumgardner, Asst. Secretary <br> [Corporate Seal] | By: *[signature]* <br> R.J. Phillips, Jr., Limited Power of Attorney for Mitchell Green |

BACE 01012