```
<DOCUMENT>
<TYPE>8-K
<SEQUENCE>1
<FILENAME>k8.txt
<TEXT>
```

UNITED STATES

SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

FORM 8-K
CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

July 1, 2003
Date of Report (Date of earliest event reported)

Certified Services, Inc.
(Exact name of Registrant as specified in charter)

| Nevada | 0-31527 | 88-0444079 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS. Employer Identification Number) |

477 Madison Avenue, New York, New York 10022
(Address of principal executive offices) (Zip Code)

Registrant's telephone number, including area code: (212) 308-8700

Item 2 and 5. Acquisition or Disposition of Assets and Other Events.

On July 1, 2003, the Registrant, through its wholly-owned subsidiary, American HR Holdings, Inc. ("AmerHR") completed the acquisition of all of the professional employer, staff leasing, payroll and human resource service companies (the "PEO Operations") of BACE International, Inc., a North Carolina corporation ("BACE"). The PEO Operations were comprised of the following subsidiaries and affiliates of BACE: American Staff Resources Corporation; Meridian Investment & Management, Inc.; ABP, Inc.; and StaffAmerica of Delaware, Inc.

The acquisition was consummated through the purchase by the Registrant of all of the issued and outstanding shares of capital stock of the PEO Operations (the "Shares"). The purchase price of the Shares was valued at approximately Seventeen Million Three Hundred Thousand Dollars ($17,300,000) comprising cash in the amount of $350,000; a promissory note in the principal amount of $3,500,000 with interest at the rate of 4%, payable within five years; 650,000 shares of the Registrant's common stock par value $.001 per share; an option to the purchase 100,000 shares of the Registrant's common stock; and the assumption of approximately $12,800,000 of BACE's acquisition and capital requirement debt. In addition, William L. Baumgardner, the founder and owner of BACE, executed a four (4) year consulting agreement with the Registrant, with annual compensation of $250,000, to assist in the transition of the PEO Operations to the Registrant Also, the Registrant renewed a pre-existing marketing agreement with BACE Motorsports for an additional year in the amount of $900,000.

Item 7(c) Exhibits



BACE 01806

99.1 Addendum to the Stock Purchase Agreement dated June 27, 2003; 99.2 Promissory Note dated June 27, 2003; 99.3 Option to Purchase Common Stock dated June 27, 2003

99.4 Consulting Agreement of William L. Baumgardner dated June 27, 2003.

99.5 Audited Consolidated Financial Statements of ASR Acquisition, Inc. for the years ended December 31, 2001 and 2000*

99.6 Audited Consolidated Financial Statements of ASR Acquisition, Inc. for the years ended December 31, 2002 and 2001*

99.7 Unaudited Consolidated Financial Statements of ASR Acquisition, Inc. for the three months ended March 31, 2003*

99.8 Audited Consolidated Financial Statements of Meridian Investment & Management, Inc. for the years ended December 31, 2001 and 2000*

99.9 Audited Consolidated Financial Statements of Meridian Investment & Management, Inc. Inc. for the fiscal year ended September 30, 2002*

99.10 Unaudited Consolidated Audited Financial Statements of Meridian Investment & Management, Inc. for the six months ended March 31, 2003*

99.11 Audited Combined Financial Statements of ABP, Inc. and affiliates, for the fiscal year ended September 30, 2001*

99.12 Audited Combined Financial Statements of ABP, Inc. and affiliates, for the fiscal year ended September 30, 2002*

99.13 Unaudited Combined Financial Statements of ABP, Inc. and affiliates, for the six months ended March 31, 2003*

* To be provided in supplemental filing.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

CERTIFIED SERVICES, INC.

Dated: July 9, 2003

By: /s/ Anthony R. Russo
-----------------------
Name: Anthony R. Russo
Title: Chief Financial Officer


Exhibit 99.1 Addendum to the Stock Purchase Agreement dated June 27, 2003

ADDENDUM TO THE

BACE 01807