# American HR Holdings, Inc.
5101 NW 21st Avenue – Suite 350 - Ft. Lauderdale, FL 33309
Telephone: (954) 677-0202 – Facsimile: (954) 315-2603

September 24, 2003

Via Facsimile: (312) 360 -1193

Stephen V. King, Principal
Prairie Capital Mezzanine Fund, LP
300 South Wacker Drive - Suite 2400
Chicago, IL 60606

Re: Indebtedness of BACE International, Inc. ("BACE") arising from its purchase of all of the outstanding shares of ASR Acquisition, Inc. ("ASR")

Dear Stephen:

This letter confirms our in person discussion in July 2003, during which time I advised you of the following three matters:

1. That American HR Holdings, Inc., a Nevada corporation wholly-owned by Certified Services, Inc. ("AmerHR"), had recently purchased all of the PEO operations of BACE, including 100% of the outstanding shares of ASR, effective April 1, 2003; and

2. A material term of AmerHR's purchase agreement provided for its assumption, subject to certain conditions, of the outstanding indebtedness of BACE to Prairie Capital Mezzanine Fund, LP ("Prairie"); and

3. In the course of compiling the results of operations of ASR for its quarter ended June 30, 2003, AmerHR's parent and its independent accountants commenced an investigation of ASR's historical financial statements, the results of which may be material.

Irrespective of our early concerns regarding the purported sound financial condition of ASR, I approved a good faith deposit of $121,992.71 to Prairie in exchange for it's extension of the BACE indebtedness to October 1, 2003, thereby allowing additional time to further our investigation into ASR. To my dismay, you forthwith negotiated and unilaterally distributed the good faith deposit to your investors without acknowledging the extension. You thereby undermined the deposit's sole purpose, as well as my confidence in Prairie's good faith.

Notwithstanding your actions, I strongly suggest that we meet to discuss the preliminary findings from the investigation to date, including the following three material matters:

Stephen V. King, Principal                                                                 page 2

1. We have noted certain assets of ASR including Subrogation Receivables, Premium Stabilization Fund, Employee Benefit Deposits, Customer List

prairie

CURA 0061


EXHIBIT DD

Acquired, Deferred Tax Benefit, and Surplus Note Receivable aggregating approximately $2,000,000, which we believe have been stated materially in excess of their respective realizable values for some time;

2. Similarly, we have noted certain liabilities, including Accrued Professional Fees, Accrued Executive Bonus Compensation, Accrued Taxes Payable, and Estimated Workers Compensation Claims Exposure, which in the aggregate we believe have been historically understated by approximately $5,000,000 or more; and

3. Our perception of the asset overstatement in paragraph 1. coupled with the liability understatement in paragraph 2., has caused us to draw into question the fundamental accuracy of all of ASR's audited financial statements for the three years ended December 31, 2002. For example, if the matters set forth above were properly accounted for throughout the three year period, the suggestion of profitability in the results of operations in the three years of audited financial statements could not be possible. Similar conclusions could also be reached regarding ASR's reported goodwill, working capital, shareholders equity, and ability to recoup income tax benefits.

It should not surprise you that we developed our sense of ASR's fair value, including our willingness to assume BACE's acquisition indebtedness to Prairie, from our examination of and reliance upon the audited and unaudited financial statements of ASR. We now have had our confidence shaken as to: (a) whether ASR ever achieved any level of commercial viability; (b) the bona fides of the sale of ASR to BACE; and (c) whether ASR's principal shareholders, directors and officers had clean hands throughout its three and one-half year life.

As much of our findings were developed forensically, we make no representations that we know the state of mind of the people who were involved in determining and presenting ASR's results and financial condition, or their motives or expectations. We do believe, however, that we have developed sufficient credible information to reach the conclusion that we will need to learn a great deal more before we can assume any portion of the indebtedness resulting from the sale of ASR by its principal shareholders to BACE in September 2002.

Sincerely,

*[signature]*

Danny L. Pixler
President and Chief Executive

prairie

CURA 0062