300 S. Wacker Drive
Suite 2400
Chicago, IL 60606
(312) 360-1133 ph, (312) 360-1193 fax



# Prairie Capital
Mezzanine Fund, L.P.

| BILL TO | | DATE | INVOICE # |
|---|---|---|---|
| Cura Group<br>Attn: Dan L. Pixler | | 7/28/2003 | 1212 |

| | | TERMS | DUE DATE |
|---|---|---|---|
| | | Net due | 7/28/2003 |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| 3rd Quarter | Interest from April 25 to July 28, 2003 (95 days x $7,210,905.09 x 6.5% / 365) | 121,992.71 |
| Remit to - | Please wire the amount above directly to:<br>Prairie Capital Mezzanine Fund<br>Bank One<br>ABA #071000013, Account #18183441<br><br>We will forward the interest to all appropriate individual investors. | |

If you have any questions, Please Call Holly Lane, extension 5

**Total**    $121,992.71



EXHIBIT BB

CURA 0069