# American HR Holdings, Inc.
5101 NW 21st Avenue – Suite 350 - Ft. Lauderdale, FL 33309
Telephone: (954) 677-0202 – Facsimile: (954) 315-2603

August 22, 2003
Via Facsimile: (312) 360-1193

Stephen V. King, Principal
Prairie Capital
300 South Wacker Drive
Suite 2400
Chicago, IL 60506

Re: Indebtedness of BACE International, Inc. ("BACE") regarding its purchase of all of the outstanding shares of ASR Acquisition, Inc.

Dear Steve:

Prairie Capital has been sent a good faith deposit of $121,992.71 during July 2003, in exchange for its waiver of BACE's apparent default on the above referenced indebtedness through October 1, 2003. Kindly forward such wavier to my attention forthwith.

Sincerely,

Anthony R. Russo, CPA
Chief Financial Officer

Danny L. Pixler via (954) 315-2635

EXHIBIT
CC

EXHIBIT
14
2/25/04

prairie

CURA 0258