UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC., | Case No. 05-22912-BKC-RBR |
| Debtor.                                   / | |
| JAMES S. FELTMAN, Chapter 11 Trustee of CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC. AND CERTIFIED SERVICES, INC., | Adv. No. 07-ap-1336-RBR |
| Plaintiff, | |
| vs. | |
| PRAIRIE CAPITAL, | |
| Defendant.                                / | |

### DEFENDANT'S CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, the following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of Prairie Capital Mezzanine Fund, LP's equity interests:

| Shareholder | Class | Number of Shares in Class | Percentage of Shares in Class |
|---|---|---|---|
| Hawthorne Colorado, Inc. (Limited Partner) | N/A | N/A | 16.7% Capital Contribution |

mn327972_1

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of September 2007.

PRAIRIE CAPITAL MEZZANINE FUND, LP

By: _[signature]_

Its: _Attorney_

mn327972_1