UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Chapter 11

CERTIFIED HR SERVICES COMPANY                Case No. 05-22912-BKC-RBR
f/k/a THE CURA GROUP, INC.,

     Debtor.

_____/

JAMES S. FELTMAN, Chapter 11                     Adv. No. 07-ap-1336-RBR
Trustee of CERTIFIED HR SERVICES
COMPANY f/k/a THE CURA GROUP,
INC. AND CERTIFIED SERVICES, INC.,

     Plaintiff,

vs.

PRAIRIE CAPITAL,

     Defendant.

_____/

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Hearing* with respect to the hearing scheduled for **October 23, 2007 at 1:30 p.m.** to consider the *Motion to Dismiss* was served via first class mail, postage prepaid, upon Heather Yonke, Esq., Paul J. Battista, Esq., counsel for James S. Feltman, Chapter 11 Trustee, 100 SE 2 Street, Suite 4400, Miami, FL 33131 this 2nd day of October, 2007.

Dated: October 2, 2007       Respectfully submitted,
                                     BERGER SINGERMAN
                                     200 South Biscayne Boulevard, Suite 1000
                                     Miami, Florida 33131
                                     Telephone: (305) 755-9500
                                     Facsimile: (305) 714-4340

                                By:    /s/ Jordi Guso            
                                       Jordi Guso
                                       Florida Bar No. 863580
                                       jguso@bergersingerman.com