## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY                CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.                   CHAPTER 11

Debtor.
_____ /

JAMES S. FELTMAN, Chapter 11               ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

        Defendant.
_____ /

### PLAINTIFF'S INITIAL DISCLOSURES

        James S. Feltman, plaintiff herein (the "Plaintiff") and the duly appointed and acting

Chapter 11 trustee for the estate of Certified HR Services Company, f/k/a The Cura Group (the

"Debtor") together with the substantively consolidated assets and liabilities of Certified Services,

Inc. ("CSI"), files his initial disclosures in accordance with this Court's Order Setting Filing and

Disclosure Requirements for Pretrial and Trial [C.P. # 3], and states as follows:

**Witnesses**

        The following individuals likely have information regarding the avoidable transfers to

Defendant and the nature of the relationship between the Debtor and CSI and the Defendant:

        1.      James Feltman
                2 South Biscayne Boulevard, Ste. 1800
                Miami, FL 33131

2.      Corporate Representative of the Debtor

3.      Corporate Representative of CSI

4.      Corporate Representative of Midwest Merger Management, LLC

5.      Corporate Representative of Brentwood Capital Corporation

As discovery is ongoing, Plaintiff specifically reserves the right to supplement its disclosures upon the discovery of additional witnesses that are likely to have discoverable information.

## Documents

The following documents may be used by Plaintiff to support his claims:

1.      Bank account statements and cancelled checks of the Debtor, CSI, Midwest Merger Management, LLC, and Brentwood Capital Corporation.

2.      Accounting records, data and files of the Debtor and CSI.

3.      All documents produced through discovery by Defendant.

4.      All pleadings in this adversary proceeding and the above referenced main bankruptcy case.

As discovery is ongoing, Plaintiff specifically reserves the right to supplement its disclosures upon the discovery of additional documents that may be used to support his claims.

## Damages

Plaintiff's total damages sought are the value of the transfers, plus interest and attorneys' fees, as set forth in the Complaint [C.P. #1].

As discovery is ongoing, Plaintiff specifically reserves the right to supplement its disclosures upon the discovery of additional damages.

Respectfully submitted this 5th day of October, 2007.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:___/s/  Heather L. Yonke_____
    Paul J. Battista, Esq. FBN 884162
    Scott A. Underwood, Esq. FBN 730041
    Heather L. Yonke, Esq. FBN 013192

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF, facsimile and/or U.S. Mail to all parties listed below this 5th day of October, 2007.

/s/      Heather L. Yonke_____
        Heather L. Yonke

Jordi Guso, Esq.
Berger Singerman
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131