UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC., | Case No. 05-22912-BKC-RBR |
| Debtor. _____/ | |
| JAMES S. FELTMAN, Chapter 11 Trustee of CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC. AND CERTIFIED SERVICES, INC., | Adv. No. 07-ap-1336-RBR |
| Plaintiff, | |
| vs. | |
| PRAIRIE CAPITAL, | |
| Defendant. _____/ | |

## **DEFENDANT'S INITIAL DISCLOSURES**

Defendant, Prairie Capital Mezzanine Fund, L.P. ("Prairie"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 7026 and Federal Rule of Civil Procedure 26(a)(1), provides the following disclosures based on information reasonably available at this time:

    **A.**     **Individuals likely to have discoverable information:**

        Stephen King, Principal
        Christopher T. Killackey, Managing Director
        Prairie Capital Mezzanine Fund, L.P., Plaintiff
        300 S. Wacker, Ste. 2400
        Chicago, Illinois 60606

Messrs. King and Killackey are employed by Prairie. Further, Mr. King has participated in meetings and telephone calls with American HR Holdings, Inc. n/k/a Certified HR Holdings

863335-1

("American HR"), Certified Services, Inc. ("CSI") or their employees regarding the payment in this matter and the promissory notes under which the payment was made. Messrs. Killackey has knowledge about the payment that is the subject of the Trustee's complaint.

>Timothy McKibben
>Ancor Holdings, L.P.
>201 Main Street, Suite 1660
>Fort Worth, Texas 76102

Mr. McKibben is employed by Ancor Holdings, L.P. an affiliated investor with Prairie. Further, Mr. McKibben has participated in meetings and telephone calls with American HR, CSI, or their employees.

>American HR Holdings, Inc.
>Mr. Danny L. Pixler, President and Chief Operating Officer
>Mr. Anthony R. Russo, CPA, Chief Financial Officer
>Mr. Rick Steen
>5101 NW 21st Avenue, Ste. 350
>Fort Lauderdale, Florida  33309

Mr. Pixler is either the current or former President and Chief Operating Officer of American HR, as well as Certified HR Services Company (the "Debtor") and Certified H.R. Services Company II ("Certified HR II"). Mr. Pixler was involved in the negotiations for, and sale of, certain BACE International Corporation subsidiaries to CSI and Certified HR II, and ultimately to American HR. Mr. Pixler has knowledge about the payment that is the subject of the Trustee's complaint.

Mr. Russo is the former CFO of American HR, as well as the Debtor Certified HR II. He also participated in meetings and communications with Prairie and Ancor Holdings, L.P. It is further believed he has knowledge about the operations of American HR, the Debtor, Certified HR II and CSI, as well as the payment that is the subject of the Trustee's complaint.

Mr. Steen is either the current or former the CFO of American HR, as well as the Debtor and Certified HR II, and has knowledge of the operations of such companies. It is further believed he has knowledge about the operations of American HR and CSI.

**B.     Documents and tangible things that Prairie may use to support its defenses.**

Documents related to the payment that is the subject of the Trustee's complaint, the promissory notes under which the payment was made, and other matters relating to the Trustee's complaint and Prairie's defenses, are located at the offices of Godfrey & Kahn, 1 E. Main Street, Suite 500, Madison, Wisconsin 53701.

Prairie's counsel has asserted a claim in the above-captioned bankruptcy case and, in conjunction with its claim, more than a year ago, in July 2006, provided the Trustee with numerous documents and materials relating to the promissory notes and the payment that is the subject of the Trustee's complaint, including the documents relied upon in Prairie's pending motion to dismiss.

**C.     A computation damages claimed by Prairie.**

Prairie is not currently claiming damages as part of this adversary proceeding.

## RESERVATION OF RIGHTS

Prairie does not waive any evidentiary objections to the information disclosed nor any applicable privileges. Prairie reserves the right to supplement or amend these disclosures.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following was served upon Heather Yonke, Esq., Paul J. Battista, Esq, Genovese Joblove & Battista, counsel for James S. Feltman, Chapter 11 Trustee, 100 SE 2 Street, Suite 4400, Miami, FL 33131 this 5th day of October, 2007.

**CERTIFICATION PURSUANT TO LOCAL RULE 9011-4(B):**

  I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: October 5, 2007

                Respectfully submitted:

                BERGER SINGERMAN

                /s/ Jordi Guso
                Jordi Guso
                Florida Bar No. 0863580
                200 South Biscayne Boulevard, Suite 1000
                Miami, Florida 33131
                Telephone: (305) 755-9500
                Fax: (305) 714-4340

                – and –

                GODFREY & KAHN, S.C.
                Douglas M. Poland
                WI Bar No. 1055189
                Christopher Stroebel
                WI Bar No. 1035182
                Godfrey & Kahn, S.C.
                One East Main Street, Suite 500
                P.O. Box 2719
                Madison, WI 57301-2719
                Phone: (608) 257-3911
                Fax:  (608) 257-0609

                CO-COUNSEL FOR PRAIRIE CAPITAL

mn328599_1