UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                          Chapter 11

CERTIFIED HR SERVICES COMPANY                   Case No. 05-22912-BKC-RBR
f/k/a THE CURA GROUP, INC.,

      Debtor.
_____/

JAMES S. FELTMAN, Chapter 11                    Adv. No. 07-ap-1336-RBR
Trustee of CERTIFIED HR SERVICES
COMPANY f/k/a THE CURA GROUP,
INC. AND CERTIFIED SERVICES, INC.,

      Plaintiff,

vs.

PRAIRIE CAPITAL,

      Defendant.
_____/

**AGREED EX PARTE MOTION FOR EXTENSION OF TIME TO FILE
INITIAL DISCLOSURE OF EXPERT WITNESSES**

      Defendant Prairie Capital Mezzanine Fund, L.P. ("Prairie Capital"), by and through

undersigned counsel, moves the Court, without a hearing, for the entry of an order extending the

time within which it is required to file its initial disclosure of expert witnesses in this adversary

proceeding.  In support of this motion (the "Ex Parte Motion), Prairie Capital states as follows:

      1.      On May 9, 2007, the Plaintiff commenced this adversary proceeding by filing its

*Complaint (A) To Avoid And Recover Preferential and Fraudulent Transfers, or, (B) In The*

*Alternative, To Recover Transfers To Subsequent Transferees* (the "Complaint"). The summons

and Complaint were served upon Prairie Capital on August 16, 2007.

871184-1

2.      On September 28, 2007, Prairie filed its *Motion to Dismiss* (the "Motion") the Complaint.  The Motion asserts that the Complaint fails to state a claim upon which relief can be granted pursuant to Federal Rule of Bankruptcy Procedure 7012 and Federal Rule of Civil Procedure 12(b)(6).  The hearing on the Motion is scheduled for October 23, 2007.

3.      On October 5, 2007, Prairie Capital made its initial disclosures of witnesses and documents as required by Federal Rules of Civil Procedure 26(a).

4.      Prairie Capital's initial disclosures of expert witnesses are due on or before October 17, 2007.  As of this date, the Plaintiff has not yet filed its initial disclosures of expert witnesses.

5.      Given that Prairie Capital has moved to dismiss the Complaint, and that the case is not yet at issue, Prairie Capital respectfully requests an enlargement of time within which it must file its initial disclosures of expert witnesses.

6.      In the event that the Court denies the Motion, Prairie Capital requests that it be given thirty (30) days from the filing of its answer and affirmative defense within which to file its initial disclosures of expert witnesses.

7.      The Plaintiff consents to the relief requested herein.

8.      This Ex Parte Motion is filed in good faith and not for the purposes of delay.

**WHEREFORE**, Prairie Capital respectfully requests the entry of an order, in the form attached hereto, (a) granting the Ex Parte Motion, (b) extending the time within which to file its

2

871184-1

initial disclosure of expert witnesses for thirty (30) days, and (c) granting such other and further

relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following was served upon

Heather Yonke, Esq., Paul J. Battista, Esq, Genovese Joblove & Battista, counsel for James S.

Feltman, Chapter 11 Trustee, 100 SE 2 Street, Suite 4400, Miami, FL 33131 this 17th day of

October, 2007.

## CERTIFICATION PURSUANT TO LOCAL RULE 9011-4(B):

I certify that I am admitted to the Bar of the United States District Court for the Southern
District of Florida and I am in compliance with the additional qualifications to practice in this
court set forth in Local Rule 2090-1(A).

Dated:  October 17, 2007                    Respectfully submitted:

                                            BERGER SINGERMAN

                                              /s/ Jordi Guso
                                            Jordi Guso
                                            Florida Bar No. 0863580
                                            200 South Biscayne Boulevard, Suite 1000
                                            Miami, Florida  33131
                                            Telephone: (305) 755-9500
                                            Fax: (305) 714-4340

                                              – and –

                                            GODFREY & KAHN, S.C.
                                            Douglas M. Poland
                                            WI Bar No. 1055189
                                            Christopher Stroebel
                                            WI Bar No. 1035182
                                            Godfrey & Kahn, S.C.
                                            One East Main Street, Suite 500
                                            Madison, WI 57301-2719
                                            Phone:   (608) 257-3911
                                            Fax:      (608) 257-0609

                                            CO-COUNSEL FOR PRAIRIE CAPITAL

871184-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                        Chapter 11

CERTIFIED HR SERVICES COMPANY                 Case No. 05-22912-BKC-RBR
f/k/a THE CURA GROUP, INC.,

     Debtor.
_____/

JAMES S. FELTMAN, Chapter 11                   Adv. No. 07-ap-1336-RBR
Trustee of CERTIFIED HR SERVICES
COMPANY f/k/a THE CURA GROUP,
INC. AND CERTIFIED SERVICES, INC.,

     Plaintiff,

vs.

PRAIRIE CAPITAL,

     Defendant.
_____/

**ORDER GRANTING AGREED EX PARTE MOTION FOR EXTENSION
OF TIME TO FILE INITIAL DISCLOSURE OF EXPERT WITNESSES**

871253-1

THIS CAUSE came before the Court, without a hearing, upon the *Agreed Ex Parte Motion For Extension of Time To File Initial Disclosure of Expert Witnesses* (the "Ex Parte Motion"), the Court having reviewed the Ex Parte Motion and the file, noting the consent of the Plaintiff to the relief requested therein, and finding good cause therefore,

**ORDERS** as follows:

1.      The Ex Parte Motion is GRANTED.

2.      Prairie Capital Mezzanine Fund, LLC shall be given thirty (30) days from the filing of its answer and affirmative defense within which to file its initial disclosures of expert witnesses.

### 

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL  33131
Tel. (305) 755-9500
Fax (305) 714-4340
E-mail: jguso@bergersingerman.com

Copies to:
Jordi Guso, Esq.
*(Attorney Guso shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*

871253-1