

**ORDERED in the Southern District of Florida on October 18, 2007.**

Raymond B. Ray, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC., | Case No. 05-22912-BKC-RBR |
| Debtor. _____/ | |
| JAMES S. FELTMAN, Chapter 11 Trustee of CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC. AND CERTIFIED SERVICES, INC., | Adv. No. 07-ap-1336-RBR |
| Plaintiff, | |
| vs. | |
| PRAIRIE CAPITAL, | |
| Defendant. _____/ | |

**ORDER GRANTING AGREED EX PARTE MOTION FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURE OF EXPERT WITNESSES**

871253-1

THIS CAUSE came before the Court, without a hearing, upon the *Agreed Ex Parte Motion For Extension of Time To File Initial Disclosure of Expert Witnesses* (the "Ex Parte Motion"), the Court having reviewed the Ex Parte Motion and the file, noting the consent of the Plaintiff to the relief requested therein, and finding good cause therefore,

**ORDERS** as follows:

1. The Ex Parte Motion is GRANTED.

2. Prairie Capital Mezzanine Fund, LLC shall be given thirty (30) days from the filing of its answer and affirmative defense within which to file its initial disclosures of expert witnesses.

### 

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL  33131
Tel. (305) 755-9500
Fax (305) 714-4340
E-mail: jguso@bergersingerman.com

Copies to:
Jordi Guso, Esq.
*(Attorney Guso shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*

871253-1