UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                  Chapter 11

CERTIFIED HR SERVICES COMPANY                  Case No. 05-22912-BKC-RBR
f/k/a THE CURA GROUP, INC.,

    Debtor.
_____/

JAMES S. FELTMAN, Chapter 11                          Adv. No. 07-ap-1336-RBR
Trustee of CERTIFIED HR SERVICES
COMPANY f/k/a THE CURA GROUP,
INC. AND CERTIFIED SERVICES, INC.,

    Plaintiff,

vs.

PRAIRIE CAPITAL,

    Defendant.
_____/

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Agreed Ex Parte Motion For Extension of Time To File Initial Disclosure Of Expert Witnesses* was served as indicated on the attached Service List on this 18th day of October, 2007.

Dated: October 18, 2007

Respectfully submitted,
BERGER SINGERMAN
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By:   /s/ Jordi Guso
       Jordi Guso
       Florida Bar No. 863580
       jguso@bergersingerman.com

872064-1

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive e-mail notice/service for this case and who therefore will be served via the Court's Notice of Electronic Filing:

Paul J. Battista      pbattista@gjb-law.com, ctarrant@gjb-law.com;gjbecf@gjb-law.com

Robert F. Elgidely      relgidely@gjb-law.com, cbucolo@gjb-law.com

Heather L Yonke      hyonke@gjb-law.com, ctarrant@gjb-law.com;sanderson@gjb-law.com

872064-1