UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY            CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.               CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11             ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

Defendant.
_____/

**AGREED *EX-PARTE* MOTION TO CONTINUE
HEARING ON DEFENDANT'S MOTION TO DISMISS**

The Plaintiff, James S. Feltman ("Feltman" or the "Trustee"), not individually but in his capacity as the Chapter 11 trustee of the substantively consolidated bankruptcy estates of Certified HR Services Company f/k/a The Cura Group, Inc. ("Cura"or the "Debtor") and Certified Services, Inc. ("CSI")(the Debtor and CSI are sometimes collectively referred to herein as the "Consolidated Estate"), files this Agreed *Ex-parte* Motion to Continue Hearing on Defendant's Motion to Dismiss currently set for October 23, 2007, and states as follows:

1.   By this Motion, the Trustee seeks a brief continuance of the hearing on the Motion to Dismiss filed by Prairie Capital (the "Defendant") so that the parties may explore settlement of this adversary case and other related issues.

2

     2.     On May 9, 2007, Trustee filed his complaint in the instant adversary proceeding against Defendant, seeking recovery of certain transfers under 11 U.S.C. § 544 and 550. (the "Complaint").  (C.P. # 1).

     3.     On September 28, 2007, Defendant filed its Motion to Dismiss (C.P. #10).

     4.     There is currently a hearing on the Motion to Dismiss set for October 23, 2007.

     5.     The Trustee and the Defendant have entered into preliminary settlement discussions with respect to the adversary proceeding and the Defendant's proof of claim filed against the Consolidated Estate.  The Trustee seeks a brief two-week continuance so that the parties may continue their discussions without the need for further litigation.

     6.     This Agreed Motion is filed in good faith and not for purposes of delay.

     7.     A proposed agreed order granting the relief requested herein has been uploaded to the Court via CM/ECF.

     WHEREFORE, the Trustee respectfully requests that this Court enter an order: (i) continuing the hearing on the Motion to Dismiss; and (ii) granting such other relief as the Court deems just and proper.

Respectfully submitted this 19th day of October, 2007.

> I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)
>
> GENOVESE JOBLOVE & BATTISTA, P.A.
> *Attorneys for the Chapter 11 Trustee*
> Bank of America Tower
> 100 S.E. Second Street, Suite 4400
> Miami, Florida 33131
> Tel.: (305) 349-2300
> Fax.: (305) 349-2310
>
> By:   /s/  Heather L. Yonke
>       Paul J. Battista, Esq. FBN 884162
>       Heather L. Yonke, Esq. FBN 013192

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF, facsimile and/or U.S. Mail to all parties listed below this 19th day of October, 2007.

>      /s/     Heather L. Yonke
>              Heather L. Yonke, Esq.

Jordi Guso, Esq.
Berger Singerman
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131

Christopher Stroebel, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
PO Box 2719
Madison, WI 57301-2719

3