

**ORDERED in the Southern District of Florida on October 18, 2007.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC., | Case No. 05-22912-BKC-RBR |
| Debtor. _____/ | |
| JAMES S. FELTMAN, Chapter 11 Trustee of CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC. AND CERTIFIED SERVICES, INC., | Adv. No. 07-ap-1336-RBR |
| Plaintiff, | |
| vs. | |
| PRAIRIE CAPITAL, | |
| Defendant. _____/ | |

**ORDER GRANTING AGREED EX PARTE MOTION FOR EXTENSION OF TIME TO FILE INITIAL DISCLOSURE OF EXPERT WITNESSES**

871253-1

THIS CAUSE came before the Court, without a hearing, upon the *Agreed Ex Parte Motion For Extension of Time To File Initial Disclosure of Expert Witnesses* (the "Ex Parte Motion"), the Court having reviewed the Ex Parte Motion and the file, noting the consent of the Plaintiff to the relief requested therein, and finding good cause therefore,

**ORDERS** as follows:

1. The Ex Parte Motion is GRANTED.

2. Prairie Capital Mezzanine Fund, LLC shall be given thirty (30) days from the filing of its answer and affirmative defense within which to file its initial disclosures of expert witnesses.

###

Submitted by:
Jordi Guso, Esq.
BERGER SINGERMAN, P.A.
200 S. Biscayne Blvd., Suite 1000
Miami, FL  33131
Tel. (305) 755-9500
Fax (305) 714-4340
E-mail: jguso@bergersingerman.com

Copies to:
Jordi Guso, Esq.
*(Attorney Guso shall serve a copy of this Order upon all interested parties upon receipt and file a certificate of service.)*

871253-1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113C-0           User: weldonm              Page 1 of 1            Date Rcvd: Oct 18, 2007
Case: 07-01336                 Form ID: pdf004            Total Served: 2

The following entities were served by first class mail on Oct 20, 2007.
ust           +Felicia  S. Turner,   51 SW 1 Ave #1204,   Miami, Fl 33130-1614
ust           +Office of the US Trustee,   51 S.W. 1st Ave.,   Ste. 1204,   Miami, FL 33130-1614

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2007**                       Signature:    _Joseph Speetjens_