ORDERED in the Southern District of Florida on  10/22/07



Raymond B. Ray, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY
f/k/a The CURA Group, Inc.

CASE NO. 05-22912-BKC-RBR
CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

ADV. NO. 07-1336-BKC-RBR-A

Plaintiff,

v.

PRAIRIE CAPITAL

    Defendant.
_____/

### AGREED ORDER GRANTING *EX-PARTE* MOTION TO CONTINUE
### HEARING ON DEFENDANT'S MOTION TO DISMISS

THIS CAUSE came before the Court on the Plaintiff's Agreed *Ex-Parte* Motion to Continue Hearing on Defendant's Motion to Dismiss (the "Motion"). The Court, having reviewed the file, being advised of the agreement of the parties, and being otherwise fully advised in the premises, does

ORDER AND ADJUDGE that:

1. The Motion is GRANTED.

2. The hearing on the Motion to Dismiss shall be continued and rescheduled to ____Nov. 6, 2007____, 2007 at ____9:30 AM____, in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

###

Submitted by:

Heather L. Yonke, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Chapter 11 Trustee
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
305-349-2300 (p)
305-349-2310 (f)
hyonke@gjb-law.com

Copy to: Heather L. Yonke, Esq.
(Attorney Yonke is directed to serve a conformed copy of this Order on all parties in interest.)