UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY            CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.               CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11               ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Court's October 22, 2007 *Agreed Order Granting Plaintiff's Ex Parte Motion To Continue Hearing on Defendant's Motion to Dismiss* was served via electronic mail, facsimile and/or U.S. Mail upon all of the parties listed on the attached service list this 23rd day of October 2007.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:    /s/ Heather L. Yonke_____
    Paul J. Battista, Esq. FBN 884162
    Scott A. Underwood, Esq. FBN 730041
    Heather L. Yonke, Esq. FBN 013192

1

**SERVICE LIST**

Jordi Guso, Esq.
Berger Singerman
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131