**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re
CERTIFIED HR SERVICES COMPANY            CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.                CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11              ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

    Defendant.
_____/

### CHAPTER 11 TRUSTEE'S MOTION (A) TO TREAT THE NOVEMBER 6, 2007 PRE-TRIAL CONFERENCE AS A STATUS CONFERENCE AND (B) TO CONTINUE THE PRE-TRIAL CONFERENCE AND ALL RELATED PRE-TRIAL DEADLINES

    James S. Feltman, the duly appointed and acting Chapter 11 trustee (the "Trustee") for the estate of Certified HR Services Company, f/k/a The Cura Group (the "Debtor") together with the substantively consolidated assets and liabilities of Certified Services, Inc. ("CSI") (collectively with the Debtor hereinafter referred to as the "Consolidated Estate"), hereby files this Motion (A) to Treat the November 6, 2007 Pre-Trial Conference as a Status Conference and (B) to Continue the Pretrial Conference and all Related Pre-Trial Deadlines, in the above-referenced adversary case filed against PRAIRIE CAPITAL (the "Defendant"), and states as follows:

    1.    By this Motion, the Plaintiff respectfully requests that: (i) the current November 6, 2007 pretrial conference in the above-referenced adversary proceeding be converted into a

status conference; (ii) the pretrial conference be continued for a period of ninety (90) days; and (iii) all pretrial deadlines be extended accordingly.

2.      The ninety (90) day extension should allow the Plaintiff additional time to conduct and complete all discovery and explore settlement possibilities.

3.      This Motion is being filed in good faith and not for purposes of delay. The Trustee filed 156 adversary complaints against various other entities in addition to the Defendant (collectively, the "Avoidance Actions"). Since the Plaintiff's July 2007 pre-trial conference in this adversary and other related adversaries, the Plaintiff has been able to significantly pair down the number of "active" Avoidance Actions through the following:

- Twenty-three (23) of the Avoidance Actions have been reduced to Final Default Judgments or are in the process of being reduced into Final Default Judgments;
- Four (4) of the Avoidance Actions have been settled directly between the Trustee and the Defendant in such case; and
- Forty-six (46) of the Avoidance Actions are the subject of an imminent settlement agreement between the Trustee and certain third parties, who: (i) have either shown why certain defendants have absolute defenses to the allegations contained in the respective adversary complaint; or (ii) will be compensating the Consolidated Estate in exchange for dismissal of such actions.
- Twenty-two (22) of the Avoidance Actions have been or are in the process of being dismissed, with prejudice;

The remaining[1] fifty-five (53) cases remain active, although the Trustee continues to pursue settlement possibilities and/or engage in discovery in each of those cases (collectively, the

---

[1] In eight (8) of the Avoidance Actions, the Trustee has sought additional time to obtain better service addresses. Those Avoidance Actions are not set for a pre-trial conference on November 6, 2007.

"Active Cases").

4. Without the requested postponement, the Trustee will not be able to adequately evaluate each of the Active Cases and prepare this matter, and the other matters, for trial.

5. The Trustee's Export Report on Insolvency will be filed in each of the Active Cases prior to the November 6, 2007 pre-trial conference.

6. Based upon the foregoing, the Plaintiff respectfully requests that this Court: (i) convert the currently scheduled November 6, 2007 pretrial conference into a status conference; (ii) continue the pretrial conference for a period of ninety (90) days; and (iii) extend all pretrial deadlines accordingly.

WHEREFORE, the Trustee respectfully requests that this Court enter an order (A) deeming the November 6, 2007 pre-trial conference as a status conference (B) re-scheduling and continuing the pretrial conference for this Defendant for a period of not less than 90 days, and (C) granting such other relief as this Court deems just and proper.

Respectfully submitted this 1st day of November, 2007.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:   /s/  Heather L. Yonke
   Paul J. Battista, Esq. FBN 884162
   Brett M. Amron, Esq. FBN 148342
   Heather L. Yonke, Esq. FBN 013192

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF, facsimile and/or U.S. Mail to all parties listed below this 1st day of November, 2007.

/s/    Heather L. Yonke
Heather L. Yonke

Jordi Guso, Esq.
Berger Singerman
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131