UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY            CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.               CHAPTER 11

Debtor.
_____ /

JAMES S. FELTMAN, Chapter 11             ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

Defendant.
_____ /

**PLAINTIFF'S EXPERT WITNESS DISCLOSURES**

James S. Feltman, the duly appointed and acting Chapter 11 trustee (the "Trustee") for the estate of Certified HR Services Company, f/k/a The Cura Group (the "Debtor") together with the substantively consolidated assets and liabilities of Certified Services, Inc. ("CSI") (collectively with the Debtor hereinafter referred to as the "Consolidated Estate"), pursuant to Fed.R.Civ.P. Rule 26(a)(2) and the Order Scheduling Pretrial Conference and Trial Dates and All Pretrial Deadlines, hereby files his Expert Witness Disclosures, and states that the following expert witness may be called to testify at trial in this matter:

1. James S. Feltman
   Mesirow Financial Consulting, LLC
   c/o Brett M. Amron, Esq.
   Genovese Joblove & Battista, P.A.
   Bank of America Tower
   100 S.E. Second Street, Suite 4400
   Miami, Florida 33131

1

A copy of Mr. Feltman's expert report has been served upon the Defendant.

2.   Any and all expert witnesses to be used for rebuttal and impeachment purposes.

3.   All witnesses and experts on the Defendant's witness lists to the extent not objected to by the Trustee.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail and/or facsimile and/or CM/ECF upon all of the parties listed below this 2nd day of November, 2007.

> **I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)**
>
> GENOVESE JOBLOVE & BATTISTA, P.A.
> *Attorneys for the Chapter 11 Trustee*
> Bank of America Tower
> 100 S.E. Second Street, Suite 4400
> Miami, Florida 33131
> Tel.: (305) 349-2300
> Fax.: (305) 349-2310
>
> By:    /s/  Brett M. Amron
>      Paul J. Battista, Esq. FBN 884162
>      Brett M. Amron, Esq. FBN 148342
>      Heather L. Yonke, Esq. FBN 013192

Jordi Guso, Esq.
Berger Singerman
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131