UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 11 |
| CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC., | Case No. 05-22912-BKC-RBR |
| Debtor._____/ | |
| JAMES S. FELTMAN, Chapter 11 Trustee of CERTIFIED HR SERVICES COMPANY f/k/a THE CURA GROUP, INC. AND CERTIFIED SERVICES, INC., | Adv. No. 07-1336-BKC-RBR-A |
| Plaintiff, | |
| vs. | |
| PRAIRIE CAPITAL, | |
| Defendant._____/ | |

**REPLY TO CHAPTER 11 TRUSTEE'S MOTION (A) TO TREAT THE NOVEMEBER 6, 2007 PRE-TRIAL CONFERENCE AS A STATUS CONFERENCE AND (B) TO CONTINUE THE PRE-TRIAL CONFERENCE AND ALL RELATED <u>PRE-TRIAL DEADLINES</u>**

Defendant Prairie Capital Mezzanine Fund, L.P. ("Prairie"), by and through undersigned counsel, files this reply (the "Reply") to the *Chapter 11 Trustee's Motion (A) To Treat The November 6, 2007 Pre-Trial Conference As A Status Conference And (B) To Continue The Pre-Trial Conference And All Related Pre-Trial Deadlines* (the "Trustee Motion").

Pursuant to the Trustee Motion, the Trustee requests, *inter alia*, that the Court treat the November 6, 2007 pre-trial conference as a status conference. Prairie consents to this limited

884760-1

relief. However, Prairie requests that the Court proceed with the hearing on Prairie's *Motion to Dismiss*, filed September 28, 2007 (D.E. No. 10).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following was served via the Court's Notice of Electronic Filing and facsimile upon Heather L. Yonke, Esq., Genovese Joblove & Battista, P.A., counsel for James S. Feltman, Chapter 11 Trustee, 100 SE 2 Street, Suite 4400, Miami, FL 33131 this 2nd day of November 2007.

## CERTIFICATION PURSUANT TO LOCAL RULE 9011-4(B)

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: November 2, 2007

Respectfully submitted:

BERGER SINGERMAN

　　　/s/ Jordi Guso　　　

Jordi Guso
Florida Bar No. 0863580
200 South Biscayne Boulevard, Suite 1000
Miami, Florida 33131
Telephone: (305) 755-9500
Fax: (305) 714-4340

-and-

GODFREY & KAHN, S.C.
Douglas S. Poland
WI Bar No. 1055189
Christopher Stroebel
WI Bar No. 1035182
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
PO Box 2719
Madison, WI 57301-2719
Phone: (608) 257-3911
Fax: (608) 257-0609
CO-COUNSEL FOR PRAIRIE CAPITAL