**ORDERED in the Southern District of Florida on** _11-06-07_.



_Raymond B. Ray, Judge_
Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

| | |
|---|---|
| IN RE: | CASE NO. 05-22912-BKC-RBR |
| CERTIFIED HR SERVICES CO., | CHAPTER 11 |
| Debtor. _____/ | |
| JAMES S. FELTMAN, Trustee | |
| Plaintiff, | |
| vs. | ADV. NO. 07-1336-BKC-RBR-A |
| PRAIRIE CAPITAL, | |
| Defendant. _____/ | |

### ORDER SCHEDULING HEARING ON MOTION TO DISMISS

THIS MATTER came before the Court on November 6, 2007 for pretrial conference and for hearing on the Defendant's Motion To Dismiss [D.E. 10]. At the hearing the Plaintiff advised the Court that it needs discovery from the Defendant before it can proceed on the Defendant's Motion to Dismiss pursuant to F ED. R. CIV. P. 12(b)(6) . The Plaintiff also advised the Court that the Defendant has been scheduled for deposition in late November and early December of this year. Accordingly, it is,

**ORDERED AND ADJUDGED** that the hearing on the Defendant's Motion to Dismiss [D.E. 10] and response thereto [D.E 28] and any supplemental pleading relating to the Motion to Dismiss [D.E. 10] shall be held on **Thursday, December 13, 2007** at **9:30 A.M.** in Courtroom 308, **299 East Broward Boulevard, Fort Lauderdale, Florida.**

Copies to:

James S Feltman
Paul J. Battista, Esq
Jordi Guso, Esq.
All defendants.