**ORDERED in the Southern District of Florida on** _11-06-07_ .



Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Broward Division

IN RE:                                          CASE NO. 05-22912-BKC-RBR

CERTIFIED HR SERVICES CO.,                      CHAPTER 11

    Debtor.
_____/
JAMES S. FELTMAN, Trustee

    Plaintiff,

vs.                                             ADV. NO. 07-1336-BKC-RBR-A

PRAIRIE CAPITAL,

    Defendant.
_____/

## ORDER SCHEDULING HEARING ON MOTION TO DISMISS

THIS MATTER came before the Court on November 6, 2007 for pretrial conference and for

hearing on the Defendant's Motion To Dismiss [D.E. 10]. At the hearing the Plaintiff advised the

Court that it needs discovery from the Defendant before it can proceed on the Defendant's Motion

to Dismiss pursuant to F ED. R. CIV. P. 12(b)(6) . The Plaintiff also advised the Court that the

Defendant has been scheduled for deposition in late November and early December of this year.

Accordingly, it is,

**ORDERED AND ADJUDGED** that the hearing on the Defendant's Motion to Dismiss [D.E. 10] and response thereto [D.E 28] and any supplemental pleading relating to the Motion to Dismiss [D.E. 10] shall be held on  **Thursday, December 13, 2007**  at  **9:30 A.M.**  in Courtroom 308, **299 East Broward Boulevard, Fort Lauderdale, Florida.**

Copies to:

James S Feltman
Paul J. Battista, Esq
Jordi Guso, Esq.
All defendants.

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113C-0          User: weldonm          Page 1 of 1          Date Rcvd: Nov 07, 2007
Case: 07-01336               Form ID: pdf004         Total Served: 3

The following entities were served by first class mail on Nov 09, 2007.
ust          +Felicia  S. Turner,   51 SW 1 Ave #1204,   Miami, Fl 33130-1614
ust          +Office of the US Trustee,   51 S.W. 1st Ave.,   Ste. 1204,   Miami, FL 33130-1614
pla          +James S Feltman,   c/o John Genovese,   100 SE 2 St 44 Fl,   Miami, FL 33131-2100

The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft             Prairie Capital
                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 09, 2007**                    **Signature:**    *Joseph Speetjens*