

**ORDERED in the Southern District of Florida on November 14, 2007.**

*Raymond B. Ray, Judge*
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**

| | |
|---|---|
| In re<br>CERTIFIED HR SERVICES COMPANY<br>f/k/a The CURA Group, Inc.<br><br>Debtor.<br>_____ / | CASE NO. 05-22912-BKC-RBR<br>CHAPTER 11 |
| JAMES S. FELTMAN, Chapter 11<br>Trustee of Certified HR Services<br>Company f/k/a The CURA Group, Inc.<br><br>Plaintiff,<br><br>v.<br><br>PRAIRIE CAPITAL<br><br>    Defendant.<br>_____ / | ADV. NO. 07-1336-BKC-RBR-A |

**ORDER GRANTING PLAINTIFF'S *EX-PARTE* MOTION (A) TO
TREAT THE NOVEMBER 6, 2007 PRE-TRIAL CONFERENCE AS A STATUS
CONFERENCE AND (B) TO CONTINUE THE PRE-TRIAL CONFERENCE
<u>AND ALL RELATED PRE-TRIAL DEADLINES</u>**

THIS CAUSE came before the Court on November 6, 2007 upon the Plaintiff's *Ex-Parte* Motion (A) to Treat the November 6, 2007 Pre-Trial Conference as a Status Conference and (B) to Continue the Pre-Trial Conference and All Related Pre-Trial Deadlines (the "Motion"). The Court, having reviewed the file, and being otherwise fully advised in the premises, does

ORDER AND ADJUDGE:

1. The Motion is GRANTED.

2. The pre-trial conference is continued and rescheduled to December 11, 2007 at 9:30 a.m., in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, and all pre-trial deadlines shall be extended accordingly.

### 

Submitted by:

Heather L. Yonke, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Chapter 11 Trustee
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
305-349-2300 (p)
305-349-2310 (f)
hyonke@gjb-law.com

Copy to: Heather L. Yonke, Esq.
(Attorney Yonke is directed to serve a conformed copy of this Order on all parties in interest.)