UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| In re: | Chapter 11 |
| CERTIFIED SERVICE COMPANY,<br>F/K/A THE CURA GROUP, INC. | Case No. 05-22912-BKC-RBR |
| Debtor.<br>_____/ | |
| JAMES S. FELTMAN, Chapter 11<br>Trustee of Certified HR Services<br>Company f/k/a The CURA Group, Inc. | ADV. NO. 07-1336-BKC-RBR-A |
| Plaintiff, | |
| v. | |
| PRAIRIE CAPITAL | |
| Defendant.<br>_____/ | |

**NOTICE OF CANCELLATION OF DEFENDANT'S CORPORATE
REPRESENTATIVE'S EXAMINATION DUCES TECUM
(To be re-scheduled at a later date)**

The Plaintiff, James S. Feltman ("Feltman" or the "Trustee"), not individually but in his capacity as the Chapter 11 trustee of the substantively consolidated bankruptcy estates of Certified HR Services Company f/k/a The Cura Group, Inc. ("Cura" or the "Debtor") and Certified Services, Inc. ("CSI")(the Debtor and CSI are sometimes collectively referred to herein as the "Consolidated Estate") hereby states that the deposition of the corporate representative of Prairie Capital scheduled for November 19, 2007 has been cancelled.

Respectfully submitted this 16th day of November, 2007.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By: /s/ Brett M. Amron
    Paul J. Battista, Esq. FBN 884162
    Brett M. Amron, Esq. FBN 148342
    Heather L. Yonke, Esq. FBN 013192

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF, facsimile and/or U.S. Mail to all parties listed below this 16th day of November, 2007.

/s/Brett M. Amron
Brett M. Amron, Esq.

Jordi Guso, Esq.
Berger Singerman
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131

Christopher Stroebel, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
PO Box 2719
Madison, WI 57301-2719