

**ORDERED in the Southern District of Florida on November 14, 2007.**

**Raymond B. Ray, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

| | |
|---|---|
| In re<br>CERTIFIED HR SERVICES COMPANY<br>f/k/a The CURA Group, Inc.<br><br>Debtor.<br>_____/<br><br>JAMES S. FELTMAN, Chapter 11<br>Trustee of Certified HR Services<br>Company f/k/a The CURA Group, Inc.<br><br>Plaintiff,<br><br>v.<br><br>PRAIRIE CAPITAL<br><br>      Defendant.<br>_____/ | CASE NO. 05-22912-BKC-RBR<br>CHAPTER 11<br><br><br><br><br><br>ADV. NO. 07-1336-BKC-RBR-A |

**ORDER GRANTING PLAINTIFF'S *EX-PARTE* MOTION (A) TO**
**TREAT THE NOVEMBER 6, 2007 PRE-TRIAL CONFERENCE AS A STATUS**
**CONFERENCE AND (B) TO CONTINUE THE PRE-TRIAL CONFERENCE**
**AND ALL RELATED PRE-TRIAL DEADLINES**

THIS CAUSE came before the Court on November 6, 2007 upon the Plaintiff's *Ex-Parte* Motion (A) to Treat the November 6, 2007 Pre-Trial Conference as a Status Conference and (B) to Continue the Pre-Trial Conference and All Related Pre-Trial Deadlines (the "Motion"). The Court, having reviewed the file, and being otherwise fully advised in the premises, does

ORDER AND ADJUDGE:

1. The Motion is GRANTED.

2. The pre-trial conference is continued and rescheduled to December 11, 2007 at 9:30 a.m., in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, FL 33301, and all pre-trial deadlines shall be extended accordingly.

###

Submitted by:

Heather L. Yonke, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Chapter 11 Trustee
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
305-349-2300 (p)
305-349-2310 (f)
hyonke@gjb-law.com

Copy to: Heather L. Yonke, Esq.
(Attorney Yonke is directed to serve a conformed copy of this Order on all parties in interest.)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113C-0            User: weldonm              Page 1 of 1             Date Rcvd: Nov 15, 2007
Case: 07-01336                  Form ID: pdf004            Total Served: 3

The following entities were served by first class mail on Nov 17, 2007.
ust         +Felicia  S. Turner,    51 SW 1 Ave #1204,    Miami, Fl 33130-1614
ust         +Office of the US Trustee,    51 S.W. 1st Ave.,    Ste. 1204,    Miami, FL 33130-1614
pla         +James S Feltman,    c/o John Genovese,    100 SE 2 St 44 Fl,    Miami, FL 33131-2100

The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft          Prairie Capital
                                                                                                TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 17, 2007**          Signature:    *Joseph Speetjens*