UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                                Chapter 11

CERTIFIED SERVICE COMPANY,                      Case No. 05-22912-BKC-RBR
F/K/A THE CURA GROUP, INC.

       Debtor.
_____/
JAMES S. FELTMAN, Chapter 11                        ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

       Defendant.
_____/

### NOTICE OF BANKRUPTCY RULE 7030 EXAMINATION
### OF WILLIAM N. WARREN
### (Telephonic)

Plaintiff, James S. Feltman, Chapter 11 Trustee of the estate of the Debtor, Certified HR Services Company f/k/a The Cura Group, Inc., by and through undersigned counsel, will examine the following person or persons at the following date, time and location.

    Examinee:    William N. Warren

    Date:    Friday, December 7, 2007

    Time:    1:00 p.m. C.S.T./2:00 p.m. E.S.T.

    Location:    Kelly Hart & Hallman LLP
                     Wells Fargo Tower
                     201 Main Street, Suite 2500
                     Fort Worth, Texas 76102

The examination may continue from day to day until completed.  If the examinee

receives this notice less than 7 days prior to the scheduled examination date (or less than 10 days if examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 2090-1(A)**

I HEREBY CERTIFY that a copy of the foregoing was served via U.S. Mail upon all of the parties listed on the attached service list this 21st day of November, 2007.

> I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).
>
> GENOVESE JOBLOVE & BATTISTA, P.A.
> *Attorneys for the Chapter 11 Trustee*
> Bank of America Tower
> 100 S.E. Second Street, Suite 4400
> Miami, Florida 33131
> Tel.: (305) 349-2300
> Fax.: (305) 349-2310
>
>
> By:   /s/David C. Cimo
>         Paul J. Battista, Esq. FBN # #884162
>         David C. Cimo, Esq. FBN  #775400
>         Brett M. Amron, Esq. FBN #0148342

cc: Esquire Deposition Services

**SERVICE LIST**

Jordi Guso, Esq.
Berger Singerman
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131

Christopher Stroebel, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
PO Box 2719
Madison, WI 57301-2719