UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                              Chapter 11

CERTIFIED SERVICE COMPANY,                          Case No. 05-22912-BKC-RBR
F/K/A THE CURA GROUP, INC.

        Debtor.
_____/

JAMES S. FELTMAN, Chapter 11                        ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,
v.
PRAIRIE CAPITAL

        Defendant.
_____/

**NOTICE OF BANKRUPTCY RULE 7030 EXAMINATION
OF STEVEN KING**

     Plaintiff, James S. Feltman, Chapter 11 Trustee of the estate of the Debtor, Certified HR Services Company f/k/a The Cura Group, Inc., by and through undersigned counsel, will examine the following person or persons at the following date, time and location.

|  |  |
|---|---|
| Examinee: | Stephen King, as designated corporate representative Of Prairie Capital |
| Date: | Monday, December 3, 2007 |
| Time: | 1:00 p.m. E.S.T. |
| Location: | Genovese Joblove & Battista, P.A<br>National City Bank Building<br>200 East Broward Boulevard<br>Suite 1110 |

Ft. Lauderdale, FL 33301 [1]

The examination may continue from day to day until completed. If the examinee receives this notice less than 7 days prior to the scheduled examination date (or less than 10 days if examination is taking place outside of Florida), the examination will be rescheduled upon timely request to a mutually agreeable time.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

---

[1] In conjunction with this notice of deposition, based upon the proof of claim the Defendant filed in the bankruptcy proceeding, Plaintiff is filing a motion to compel Defendant's appearance for deposition in the Southern District of Florida. Irrespective of the outcome of a hearing on the motion, Plaintiff reserves the right to amend this notice of deposition to a telephonic deposition and/or video conference deposition. Prior to filing this notice of deposition and Plaintiff's motion to compel Defendant's appearance for deposition in the Southern District of Florida, Plaintiff made a good faith effort to select the Southern District of Florida as the location for such deposition.

**CERTIFICATE OF SERVICE AND COMPLIANCE WITH LOCAL RULE 2090-1(A)**

I HEREBY CERTIFY that a copy of the foregoing was served via U.S. Mail upon all of the parties listed on the attached service list this 21st day of November, 2007.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By: /s/David C. Cimo
Paul J. Battista, Esq. FBN # #884162
David C. Cimo, Esq. FBN #775400
Brett M. Amron, Esq. FBN #0148342

cc:  Oullette & Mauldin, Court Reporters

**SERVICE LIST**

Jordi Guso, Esq.
Berger Singerman
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131

Christopher Stroebel, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
PO Box 2719
Madison, WI 57301-2719