CAUSE NO. 67-202574-03

| | | |
|---|---|---|
| PRAIRIE CAPITAL MEZZANINE FUND, L.P., ANCOR HOLDINGS, L.P., ADELINE S. MORRISON, THOMAS B. HUNTER III, HARRISON I. STEANS, JENNIFER W. STEANS, REMOUNT CAPITAL, LLC, GEORGE P. BAUER, SIDNEY ECHOLS, RESOURCES TRUST COMPANY, MITCHELL GREEN, and THE ESTATE OF RICHARD D. MICHAELS, <br><br>Plaintiffs, <br><br>v. <br><br>BACE INTERNATIONAL CORPORATION, CERTIFIED SERVICES, INC., THE CURA GROUP II, INC., AMERICAN HR HOLDINGS, INC., and WILLIAM L. BAUMGARDNER, JR., THE CURA GROUP, INC., AMERICAN STAFF RESOUCES CORPORATION, AMERICAN STAFF RESOURCES, CORPORATION NS, AMERICAN STAFF RESOURCES CORP. I, AMERICAN STAFF RESOURCES CORP. III, AMERICAN STAFF RESOURCES CORP. V., and AMERICAN STAFF RESOURCES CORP. VI. <br><br>Defendants, <br><br>CERTIFIED SERVICES, INC. THE CURA GROUP II, INC. and CURA HR HOLDINGS, INC. <br><br>Third-Party Plaintiffs, <br><br>v. <br><br>ERNST & YOUNG LLP, KYLE C. MANN and ROBERT J. PHILLIPS, JR., <br><br>Third-Party Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT <br><br><br><br><br><br><br><br><br><br><br><br>OF TARRANT COUNTY, TEXAS <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>67TH JUDICIAL DISTRICT |

### AFFIDAVIT OF WILLIAM N. WARREN

BEFORE ME, the undersigned authority, on this day personally appeared William ("Bill") N. Warren, who, being by me duly sworn on his oath, deposed and said the following:

687002_1


EXHIBIT 1

1. My name is Bill Warren. I am above the age of 18, and have never been convicted of a felony or a crime of moral turpitude. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

2. I am an attorney and director with the law firm of Kelly, Hart & Hallman, P.C. in Fort Worth, Texas. I have been employed with such firm since 1993. I have represented the Plaintiffs in the above-styled cause since it was filed in 2003.

3. Exhibit A to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of the information I printed from Texas Secretary of State's website at the following Internet address: https://direct.sos.state.tx.us/corp_inquiry-entity.asp?:Sfiling_number=12890.

4. Exhibit B to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Volume 1 of Stephen King's deposition, which was taken in this lawsuit on March 3, 2005.

5. Exhibit C to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Volume 2 of Stephen King's deposition, which was taken in this lawsuit on March 4, 2005.

6. Exhibit D to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Rick Steen's deposition, which was taken in this lawsuit on February 25, 2004.

7. Exhibit E to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a Stock Purchase Agreement dated August 31, 2002 that was produced by BACE International Corp. ("BACE") in this case.

8. Exhibit F to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Volume 1 of William Baumgardner's deposition, which was taken in this lawsuit on October 20, 2004.

9. Exhibit G to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Volume 2 of William Baumgardner's deposition, which was taken in this lawsuit on October 21, 2004.

10. Exhibit H to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Volume 1 of James Phillips's deposition, which was taken in this lawsuit on January 18, 2005.

11. Exhibit I to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Danny Pixler's deposition, which was taken in this lawsuit on February 25, 2004.

12. Exhibit J to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Volume 3 of William Baumgardner's deposition, which was taken in this lawsuit on April 7, 2005.

13. Exhibit K to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a red-lined July 10, 2002 Letter of Intent from BACE International Corp., with an e-mail cover letter, that was produced by Plaintiffs in this case.

14. Exhibit L to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a July 11, 2002 Letter Agreement that was produced by BACE in this case.

15. Exhibit M to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Promissory Notes dated August 31, 2002 that were produced by BACE in this case.

16. Exhibit N to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a Pledge Agreement dated August 31, 2002 that was produced by BACE in this case.

17. Exhibit O to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of Pledge Agreement dated August 31, 2002 that was produced by Plaintiffs in this case.

18. Exhibit P to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of is a Letter Agreement dated February 24, 2003 that was produced by BACE in this case.

19. Exhibit Q to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a letter dated April 21, 2003 from Jim Phillips to Stephen King and Timothy McKibben that was produced by BACE in this case.

20. Exhibit R to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a letter dated April 24, 2003 letter from Timothy McKibben to C. Bryan Daniels that was produced by BACE in this case.

21. Exhibit S to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a print out of an e-mail dated April 30, 2003 sent from Jim Phillips to Stephen King and Timothy McKibben that was produced by Plaintiffs in this case.

22. Exhibit T to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a cover letter and proposed agreement sent by Don Hanmer that was produced by Plaintiffs in this case.

23. Exhibit U to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a proposed, unsigned promissory note that was produced by Plaintiffs in this case.

24. Exhibit V to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a Stock Purchase Agreement dated October 31, 2002 that was produced by Certified Services, International, The Cura Group II, Inc. and American HR Holdings, Inc. (collectively, "the Certified Defendants") in this case.

25. Exhibit W to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of an Addendum to Stock Purchase Agreement dated June 27, 2003 that was produced by the Certified Defendants in this case.

26. Exhibit X to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a July 1, 2003 Securities and Exchange Commission ("SEC") Form 8-K that was produced by BACE in this case. (A copy of this document may also be obtained online, which I have done, at the following Internet address: http://www.hoovers.com/free/co/secdoc.xhtml?ID=115618&ipage=2233271&doc=0&attach=on)

27. Exhibit Y to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of an Addendum to Stock Purchase Agreement filed with the SEC which I obtained from the SEC's web site at the following Internet address: http://www.sec.gov/Archives/edgar/data/1118326/000112188803000035/k8.txt.

28. Exhibit Z to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of an SEC for, 10-QSB filed by Certified Services, Inc. that I obtained from the SEC's web site at the following Internet address: http://www.sec.gov/Archives/edgar/data/1118326/000112188803000064/qsept.txt.

29. Exhibit AA to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a letter dated July 25, 2003 from Timothy McKibben to Danny Pixler that was produced by Plaintiffs in this case.

30. Exhibit BB to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of an invoice dated July 28, 2003 from Prairie Capital to the Cura Group that was produced by the Certified Defendants in this case.

31. Exhibit CC to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a letter dated August 22, 2003 from Anthony Russo to Stephen King that was produced by the Certified Defendants in this case.

32. Exhibit DD to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a letter dated September 24, 2003 from Danny Pixler to Stephen King that was produced by the Certified Defendants in this case.

33. Exhibit EE to Plaintiffs' *Motion for Summary Judgment* is a true, accurate and correct copy of a letter dated October 27, 2003 from Stephen King to Danny Pixler that was produced by BACE in this case.

34. I have practiced law in Tarrant County, Texas since August of 1993. In that time, I have focused primarily in the area business litigation.

35. In the course of prosecuting this case through March 31, 2005, the Plaintiff's have incurred attorneys' fees and costs totaling 382,042.60. Based on my knowledge and experience, it is my opinion that such fees were reasonable and necessary for the prosecution of Plaintiffs' claims. Though some of these fees were incurred to defend counterclaims brought by certain

687002_1    4

defendants, it is further my opinion that the fees incurred are inextricably intertwined with those incurred by Plaintiffs in prosecuting their claims under the Promissory Notes, Stock Purchase Agreement and related documents at issue.

36. Moreover, it is my opinion that, in the event a Summary Judgment is granted and an appeal taken, that Plaintiffs will incur reasonable and necessary attorneys fees as follows: 1) $20,000 to respond to an appeal to the Fort Worth Court of Appeals and to prepare for and present an oral argument; 2) $5,000 to respond to or file a petition for review with the Texas Supreme Court; and 3) $15,000 to provide full briefing, if required, in the Texas Supreme Court and to prepare for and present an oral argument.

Further, affiant sayeth not.

_____
William N. ("Bill") Warren

STATE OF TEXAS §
§
COUNTY OF TARRANT §

SUBSCRIBED, SWORN TO, and ACKNOWLEDGED before me this 15th day of April, 2004, by William N. Warren.

_____
Notary Public, State of Texas

Printed Name of Notary: Camille L. Davis

My Commission Expires: 5-30-05

[Notary Seal: CAMILLE L. DAVIS, Notary Public, STATE OF TEXAS, My Comm. Exp. 05/30/2005]

687002_1                                5