Form CGFCRD5A    (2/13/07)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**
**Division:  Fort Lauderdale**

**Case Number:**  05–22912–RBR                                  **Adversary Number:**  07–01336–RBR

In re:

**Name of Debtor(s):**  Certified HR Services Company
––––––––––––––––––––––––––––––––––––––––––––––––/

**James S Feltman**
Plaintiff(s)

**VS.**

**Prairie Capital**
Defendant(s)
––––––––––––––––––––––––––––––––––––––––––––––––/

```
CLERK
USBC
SDFL
FILED
11/27/07
```

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held in the above matter on **December 13, 2007** at **09:30 AM,** at the following location:

**U.S. Courthouse**
**299 E Broward Blvd #308**
**Ft Lauderdale FL 33301**

to consider the following:

**Supplemental Motion to Dismiss Adversary Proceeding Re: [32] Amended Complaint, filed by Plaintiff James S Feltman Filed by Defendant Prairie Capital (Attachments: # (1) Exhibit 1# (2) Exhibit J (1 of 2)# (3) Exhibit J (2 of 2)# (4) Exhibit Z)**

**This matter has <u>not</u> been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, <u>Edy Gomez at (954) 769–5765</u> to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a completed local form certificate of service with the Court, as required by Local Rule 2002–1(i) and Administrative Order 05–2. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card or attorneys who have been authorized to appear by pro hac vice order. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Administrative Order 06–7.**

Dated:<u>November 27, 2007</u>                                    **Clerk of Court**

                                                                      By: Edy Gomez
                                                                      Courtroom Deputy