UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY
f/k/a The CURA Group, Inc.

CASE NO. 05-22912-BKC-RBR
CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

ADV. NO. 07-1336-BKC-RBR-A

Plaintiff,

v.

PRAIRIE CAPITAL

Defendant.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Court's November 27, 2007 *Notices of Hearing re: Supplemental Motion to Dismiss Adversary proceeding and Motion to Compel Appearance of Defendant's Representative in the Southern District of Florida for Deposition* was served via electronic mail, facsimile and/or U.S. Mail upon all of the parties listed on the attached service list this 27th day of November, 2007.

I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:____/s/ Heather L. Yonke_____
    Paul J. Battista, Esq. FBN 884162
    Scott A. Underwood, Esq. FBN 730041
    Heather L. Yonke, Esq. FBN 013192

## SERVICE LIST

Andrew M. Schwartz, Esq.
Andrew M. Schwartz, P.A.
101 Plaza Real South, Suite 218
Boca Raton, Florida 33432

Steven V. Falanga, Esq.
Connell Foley LLP
85 Livingstone Avenue
Roseland, New Jersey 07068

Jordi Guso, Esq
200 S Biscayne Blvd #1000
Miami, FL 33131

Form CGFCRD5A   (2/13/07)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov
### Division: Fort Lauderdale

Case Number: 05-22912-RBR                    Adversary Number: 07-01336-RBR

In re:

**Name of Debtor(s):** Certified HR Services Company
_____/

**James S Feltman**
Plaintiff(s)

**VS.**

**Prairie Capital**
Defendant(s)
_____/

```
CLERK
USBC
SDFL
FILED
11/27/07
```

# NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held in the above matter on **December 13, 2007** at **09:30 AM,** at the following location:

U.S. Courthouse
299 E Broward Blvd #308
Ft Lauderdale FL 33301

to consider the following:

**Supplemental Motion to Dismiss Adversary Proceeding Re: [32] Amended Complaint, filed by Plaintiff James S Feltman Filed by Defendant Prairie Capital (Attachments: # (1) Exhibit 1# (2) Exhibit J (1 of 2)# (3) Exhibit J (2 of 2)# (4) Exhibit Z)**

This matter has **not** been scheduled as an evidentiary hearing. If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, Edy Gomez at (954) 769-5765 to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a completed local form certificate of service with the Court, as required by Local Rule 2002-1(i) and Administrative Order 05-2. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card or attorneys who have been authorized to appear by pro hac vice order. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Administrative Order 06-7.**

Dated: **November 27, 2007**                    Clerk of Court

                                                By: Edy Gomez
                                                    Courtroom Deputy

Form CGFCRD5A (2/13/07)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov
### Division: Fort Lauderdale

**Case Number:** 05-22912-RBR          **Adversary Number:** 07-01336-RBR

In re:

**Name of Debtor(s):** Certified HR Services Company
_____/

**James S Feltman**
Plaintiff(s)

**VS.**

**Prairie Capital**
Defendant(s)
_____/

```
CLERK
USBC
SDFL
FILED
11/27/07
```

# NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held in the above matter on **November 30, 2007** at **09:30 AM**, at the following location:

U.S. Courthouse
299 E Broward Blvd #308
Ft Lauderdale FL 33301

to consider the following:

**Motion to Compel Appearance of Defendant's Representative in the Southern District of Florida for Deposition Filed by Plaintiff James S Feltman**

**This matter has not been scheduled as an evidentiary hearing.** If you require an evidentiary hearing, the currently scheduled hearing will be treated as a preliminary hearing. Contact the courtroom deputy, Edy Gomez at (954) 769-5765 to schedule a final evidentiary hearing.

**THE MOVANT, (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE** and, unless previously served, the above-described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a completed local form certificate of service with the Court, as required by Local Rule 2002-1(i) and Administrative Order 05-2. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon. All moving or objecting parties shall bring to the hearing proposed orders, sustaining their respective positions.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), pagers, personal data assistants (PDA), laptop computers, radios, tape-recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card or attorneys who have been authorized to appear by pro hac vice order. An attorney seeking entry to the Ft. Lauderdale courthouse facilities must also be admitted to practice in the Southern District of Florida or be authorized to appear by pro hac vice order. **No one is permitted to bring a camera into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Administrative Order 06-7.**

Dated: **November 27, 2007**                                    **Clerk of Court**

                                                                By: _Edy Gomez_
                                                                Courtroom Deputy