UNITED STATES BANKRUPTCY COURT
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re<br>CERTIFIED HR SERVICES COMPANY<br>RBR<br>f/k/a The CURA Group, Inc.<br><br>    Debtor.<br>_____/ | CASE NO. 05-22912-BKC-<br><br>CHAPTER 11 |
| JAMES S. FELTMAN, Chapter 11<br>Trustee of Certified HR Services<br>Company f/k/a The CURA Group, Inc.<br><br>    Plaintiff,<br><br>v.<br><br>PRAIRIE CAPITAL<br><br>    Defendant.<br>_____/ | ADV. NO. 07-1336-BKC-RBR-A |

### NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION TO COMPEL APPEARANCE OF DEFENDANT'S REPRESENTATIVE IN THE SOUTHERN DISTRICT OF FLORIDA FOR DEPOSITION (C.P.#35)

    The Plaintiff, James S. Feltman, the duly appointed and acting Chapter 11 trustee (the "Plaintiff" or "Trustee") for the estate of Certified HR Services Company, f/k/a The Cura Group (the "Debtor") together with the substantively consolidated assets and liabilities of Certified Services, Inc. ("CSI") (collectively with the Debtor hereinafter referred to as the "Consolidated Estate"), by and through undersigned counsel, hereby files this Notice of Withdrawal of Plaintiff's Motion to Compel Appearance of Defendant's Representative in the Southern District of Florida for Deposition (C.P. #35).

    Respectfully submitted this 29th day of November, 2007.

    I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for Plaintiff*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310


By: ___/s/David C. Cimo_____
      David C. Cimo, Esq., FBN #775400