## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY                CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.                                    CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11                       ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

     Defendant.
_____/

### AGREED MOTION FOR ORDER OF REFERRAL TO MEDIATION AND ABATING ALL PENDING DEADLINES

The Plaintiff, James S. Feltman ("Feltman" or the "Trustee"), in his capacity as the duly appointed and acting chapter 11 trustee (the "Plaintiff" or "Trustee") of the substantively consolidated bankruptcy estates of Certified HR Services Company f/k/a The Cura Group, Inc. ("Cura" or the "Debtor") and Certified Services, Inc. ("CSI")(the Debtor and CSI are sometimes collectively referred to herein as the "Consolidated Estate"), files this Agreed Motion For Order of Referral To Mediation and Abating All Pending Deadlines (the "Motion"), and states as follows:

1.     By this Motion, the Trustee and Prairie Capital Mezzanine Fund, L.P. (the "Defendant") seek a Court Order referring this Adversary Proceeding, as well as the objections

to claims filed by the Trustee to the proofs of claims filed by the Defendant and certain related parties, to mediation and abating all pending deadlines.

2. On May 9, 2007, Trustee filed his complaint in the instant adversary proceeding against Defendant, seeking recovery of certain transfers under 11 U.S.C. §§544 and 550 (the "Complaint"). (C.P. # 1).

3. On September 28, 2007, Defendant filed its Motion to Dismiss (C.P. #10).

4. There is currently a hearing on the Motion to Dismiss set for December 13, 2007 (C.P. #41).

5. The Trustee and the Defendant have entered into preliminary settlement discussions with respect to the adversary proceeding and with respect to Plaintiff's objections to the Defendant's proof of claim (and potential objections to proofs of claim of certain related parties) filed against the Consolidated Estate.

6. Particularly, the parties have agreed to participate in a mediation conference before The Honorable Judge Stettin in mid-February 2008, and therefore, in an effort to avoid the need for any further litigation until such time, the Plaintiff hereby requests this Court enter an Order abating all pending deadlines.

7. This Agreed Motion is filed in good faith and not for purposes of delay.

8. A proposed agreed order granting the relief requested herein has been uploaded to the Court via CM/ECF.

WHEREFORE, the Trustee respectfully requests that this Court enter an order: (i) referring this case to mediation, (ii) abating all pending deadlines in the matter until such time as the parties have had the opportunity to participate in mediation; and (iii) granting such other relief as the Court deems just and proper.

Respectfully submitted this 6th day of December, 2007.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:    /s/  David C. Cimo
    Paul J. Battista, Esq. FBN 884162
    David C. Cimo, Esq. FBN 775400
    Brett M. Amron, Esq. FBN 148342

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF, facsimile and/or U.S. Mail to all parties listed below this 6th day of December, 2007.

/s/    David C.Cimo
    David C. Cimo, Esq.

Jordi Guso, Esq.
Berger Singerman
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131

Christopher Stroebel, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
PO Box 2719
Madison, WI 57301-2719