ORDERED in the Southern District of Florida on 12/07/07



_____
Raymond B. Ray, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY　　　　　　CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.　　　　　　　　　　　CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11　　　　　　　　ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

　　　Defendant.
_____/

**AGREED ORDER GRANTING MOTION OF REFERRAL TO MEDIATION AND
<u>ABATING ALL PENDING DEADLINES</u>**

THIS CAUSE came before the Court on the Plaintiff's Agreed Motion for Order of Referral to Mediation and Abating all Pending Deadlines (the "Motion"). The Court, having reviewed the file, being advised of the agreement of the parties, and being otherwise fully advised in the premises, does

ORDER AND ADJUDGE that:

1. The Motion is GRANTED.

2. The hearing on the Motion to Dismiss shall be continued and rescheduled to _March 4_, 2008 at _9:30 AM_, in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

###

Submitted by:

David C. Cimo, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Chapter 11 Trustee
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
305-349-2300 (p)
305-349-2310 (f)
hyonke@gjb-law.com

Copy to: David C. Cimo, Esq.
(Attorney Cimo is directed to serve a conformed copy of this Order on all parties in interest.)