ORDERED in the Southern District of Florida on 12/07/07



_____
Raymond B. Ray, Judge
United States Bankruptcy Court

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY
f/k/a The CURA Group, Inc.

CASE NO. 05-22912-BKC-RBR
CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

ADV. NO. 07-1336-BKC-RBR-A

Plaintiff,

v.

PRAIRIE CAPITAL

Defendant.
_____/

**AGREED ORDER GRANTING MOTION OF REFERRAL TO MEDIATION AND
ABATING ALL PENDING DEADLINES**

THIS CAUSE came before the Court on the Plaintiff's Agreed Motion for Order of Referral to Mediation and Abating all Pending Deadlines (the "Motion"). The Court, having reviewed the file, being advised of the agreement of the parties, and being otherwise fully advised in the premises, does

ORDER AND ADJUDGE that:

1. The Motion is GRANTED.

2. The hearing on the Motion to Dismiss shall be continued and rescheduled to _March 4_, 2008 at _9:30 AM_, in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

###

Submitted by:

David C. Cimo, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Chapter 11 Trustee
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
305-349-2300 (p)
305-349-2310 (f)
hyonke@gjb-law.com

Copy to: David C. Cimo, Esq.
(Attorney Cimo is directed to serve a conformed copy of this Order on all parties in interest.)

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113C-0           User: weldonm              Page 1 of 1              Date Rcvd: Dec 07, 2007
Case: 07-01336                 Form ID: pdf004            Total Served: 3

The following entities were served by first class mail on Dec 09, 2007.
ust          +Felicia  S. Turner,    51 SW 1 Ave #1204,    Miami, Fl 33130-1614
ust          +Office of the US Trustee,    51 S.W. 1st Ave.,    Ste. 1204,    Miami, FL 33130-1614
pla          +James S Feltman,    c/o John Genovese,    100 SE 2 St 44 Fl,    Miami, FL 33131-2100

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft           Prairie Capital
                                                                                          TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 09, 2007**                     Signature:   *Joseph Speetjens*