UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY           CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.              CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11            ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

    Defendant.
_____/

## RE-NOTICE OF MEDIATION CONFERENCE

**NOTICE IS HEREBY GIVEN** that a mediation conference will be held in the above matter on **April 10, 2008, commencing at 11:00 a.m., before the Honorable Herbert M. Stettin, Mediator, at the law offices of Genovese Joblove & Battista, P.A., 100 S.E. Second Street, Bank of America Tower, Suite 4400, Miami, FL 33131**.

The parties shall furnish the Mediator with a mediation statement at least ten (10) days prior to the scheduled mediation conference.

Respectfully submitted this 13th day of February, 2008.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

By:     /s/  Heather L. Yonke
    Paul J. Battista, Esq. FBN 884162
    Heather L. Yonke, Esq. FBN 013192

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF, facsimile and/or U.S. Mail to all parties listed below this 13th day of February, 2008.

/s/     Heather L. Yonke
    Heather L. Yonke, Esq.

Jordi Guso, Esq.
Berger Singerman
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131

Christopher Stroebel, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
PO Box 2719
Madison, WI 57301-2719