UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re
CERTIFIED HR SERVICES COMPANY            CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.                CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11              ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

　　　Defendant.
_____/

## AGREED MOTION TO CONTINUE
## HEARING ON DEFENDANT'S MOTION TO DISMISS

The Plaintiff, James S. Feltman ("Feltman" or the "Trustee"), in his capacity as the duly appointed and acting chapter 11 trustee (the "Plaintiff" or "Trustee") of the substantively consolidated bankruptcy estates of Certified HR Services Company f/k/a The Cura Group, Inc. ("Cura" or the "Debtor") and Certified Services, Inc. ("CSI")(the Debtor and CSI are sometimes collectively referred to herein as the "Consolidated Estate"), files this Agreed Motion to Continue Hearing on Defendant's Motion to Dismiss for 60 days, currently set for March 4, 2008, and states as follows:

　　　1.　　By this Motion, the Trustee seeks a 60 day continuance of the hearing on the Motion to Dismiss filed by Prairie Capital (the "Defendant") so that the parties may participate in a mediation conference before The Honorable Judge Stettin.

2.    On May 9, 2007, Trustee filed his complaint in the instant adversary proceeding against Defendant, seeking recovery of certain transfers under 11 U.S.C. § 544 and 550. (the "Complaint").  (C.P. # 1).

3.    On September 28, 2007, Defendant filed its Motion to Dismiss (C.P. #10).

4.    There is currently a hearing on the Motion to Dismiss set for March 4, 2008 (C.P. #47).

5.    The Trustee and the Defendant have entered into preliminary settlement discussions with respect to the adversary proceeding and the Defendant's proof of claim filed against the Consolidated Estate.  The Trustee seeks this continuance so that the parties may participate in a mediation conference on April 10, 2008, without the need for further litigation.

6.    This Agreed Motion is filed in good faith and not for purposes of delay.

7.    A proposed agreed order granting the relief requested herein has been uploaded to the Court via CM/ECF.

WHEREFORE, the Trustee respectfully requests that this Court enter an order: (i) continuing the hearing on the Motion to Dismiss for 60 days; and (ii) granting such other relief as the Court deems just and proper.

Respectfully submitted this 3rd day of March, 2008.

**I hereby certify that I am admitted to the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1)**

GENOVESE JOBLOVE & BATTISTA, P.A.
*Attorneys for the Chapter 11 Trustee*
Bank of America Tower
100 S.E. Second Street, Suite 4400
Miami, Florida 33131
Tel.: (305) 349-2300
Fax.: (305) 349-2310

           By:   /s/ David C. Cimo
           Paul J. Battista, Esq. FBN 884162
           David C. Cimo, Esq. FBN 775400

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF, facsimile and/or U.S. Mail to all parties listed below this 3rd day of March, 2008.

           /s/    David C. Cimo
           David C. Cimo, Esq.

Jordi Guso, Esq.
Berger Singerman
200 S. Biscayne Blvd., Suite 1000
Miami, FL 33131

Christopher Stroebel, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
PO Box 2719
Madison, WI 57301-2719