**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In re
CERTIFIED HR SERVICES COMPANY	CASE NO. 05-22912-BKC-RBR
f/k/a The CURA Group, Inc.	CHAPTER 11

Debtor.
_____/

JAMES S. FELTMAN, Chapter 11	ADV. NO. 07-1336-BKC-RBR-A
Trustee of Certified HR Services
Company f/k/a The CURA Group, Inc.

Plaintiff,

v.

PRAIRIE CAPITAL

     Defendant.
_____/

**AGREED ORDER GRANTING *EX-PARTE* MOTION TO CONTINUE**
**HEARING ON DEFENDANT'S MOTION TO DISMISS**

THIS CAUSE came before the Court on the Plaintiff's Agreed *Ex-Parte* Motion to Continue Hearing on Defendant's Motion to Dismiss (the "Motion"). The Court, having reviewed the file, being advised of the agreement of the parties, and being otherwise fully advised in the premises, does

ORDER AND ADJUDGE that:

1. The Motion is GRANTED.

2. The hearing on the Motion to Dismiss shall be continued and rescheduled to _____, 2008 at _____, in Courtroom 308, 299 East Broward Boulevard, Fort Lauderdale, FL 33301.

###

Submitted by:

David C. Cimo, Esq.
Genovese Joblove & Battista, P.A.
Counsel to Chapter 11 Trustee
100 SE 2nd Street, 44th Floor
Miami, Florida 33131
305-349-2300 (p)
305-349-2310 (f)
dcimo@gjb-law.com

Copy to: David C. Cimo, Esq.
(Attorney Cimo is directed to serve a conformed copy of this Order on all parties in interest.)