

ORDERED in the Southern District of Florida on 05/06/08.

Raymond B. Ray, Judge



UNITED STATES BANKRUPTCY COURT
BROWARD DIVISION

IN RE:                                                           CASE NO. 05-22912-BKC-RBR

CERTIFIED HR SERVICES COMPANY

____Debtor._____/
JAMES FELTMAN, TRUSTEE

     Plaintiff,
vs.                                                                ADV. NO. 07-1336-BKC-RBR-A

**PRAIRIE CAPITAL,**

     Defendant.
_____/

### ORDER DISMISSING ADVERSARY PROCEEDING

**THIS CAUSE** having come before the Court for pretrial conference, at which time it was announced in open court that the matter has been resolved by settlement or agreement, and that no further notice or hearing is required, it is:

**ORDERED** that the above-styled cause is dismissed. The Court retains jurisdiction to enforce the settlement or agreement of the parties.

###

Copies furnished to all creditors and interested parties by clerk of court