ORDERED in the Southern District of Florida on 05/06/08.


Raymond B. Ray, Judge



UNITED STATES BANKRUPTCY COURT
BROWARD DIVISION

IN RE:  CASE NO. 05-22912-BKC-RBR

CERTIFIED HR SERVICES COMPANY

    Debtor.            /
JAMES FELTMAN, TRUSTEE

    Plaintiff,
vs.                              ADV. NO. 07-1336-BKC-RBR-A

**PRAIRIE CAPITAL,**

    Defendant.
_____/

### ORDER DISMISSING ADVERSARY PROCEEDING

**THIS CAUSE** having come before the Court for pretrial conference, at which time it was announced in open court that the matter has been resolved by settlement or agreement, and that no further notice or hearing is required, it is:

**ORDERED** that the above-styled cause is dismissed. The Court retains jurisdiction to enforce the settlement or agreement of the parties.

###

Copies furnished to all creditors and interested parties by clerk of court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113C-0            User: weldonm              Page 1 of 1               Date Rcvd: May 07, 2008
Case: 07-01336                  Form ID: pdf005            Total Served: 2

The following entities were served by first class mail on May 09, 2008.
ust           +Office of the US Trustee,   51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
pla           +James S Feltman,   c/o John Genovese,   100 SE 2 St 44 Fl,   Miami, FL 33131-2100

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft            Prairie Capital
                                                                                          TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 09, 2008**                    Signature:    _Joseph Speetjens_